

**U.S. Department of Justice**

*United States Marshals Service*

*District of Maryland*

---

United States Marshals Service
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

July 14, 2022

Honorable George L. Russell
District Judge, United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: Che Durbin (GLR-20-0210) Outpatient Surgery Cancelled – Security Concerns

    USMS Prisoner Che Durbin (USMS# 33843-037) was scheduled for outpatient eye surgery this morning at University of Maryland Medical Center. While performing a security survey of the hospital this morning, Chesapeake Detention Facility (CDF) staff discovered Mr. Durbin's girlfriend, Tracy Murray and his family were present at the hospital awaiting his arrival. This was promptly reported back to CDF's Security Chief and Warden and immediately relayed the United States Marshals Service (USMS). Based on the security concerns presented of Mr. Durbin's associates having advanced knowledge of the time and place of a pre-planned prisoner movement, the decision was made to cancel today's procedure.

    USMS and Maryland State Department of Public Safety and Correctional Services (DPSCS) policies and procedures specifically prohibit the disclosure of time and place of pre-planned prisoner movements as well as the presence of personal associates or acquaintances of said prisoner as it presents an increased risk to security and transportation.

    It also appears that Ms. Murray has access to Mr. Durbin's medical records' portal known as "My Chart." Access to this system allows her to have advanced knowledge of upcoming date and time of out of custody medical procedures for Mr. Durbin which creates future security concerns when trying to coordinate transportation.

    The USMS understands there was an order granted by Your Honor following a motion to allow Ms. Murray to be present at the hospital during Mr. Durbin's medical procedure. The USMS is respectfully requesting the order be amended to allow for the outpatient movement to proceed in manner which is in accordance with USMS and Maryland State DPSCS policy.



*U.S. Department of Justice*

*United States Marshals Service*

*District of Maryland*

---

      Thank you for your consideration in this matter. Please feel free to contact myself or Acting Chief Deputy United States Marshal (ACDUSM) Rachel Gibson if you have any questions or concerns.

Respectfully,

/S/

Garrett Russell
Deputy United States Marshal
District Management Coordinator
District of Maryland
101 West Lombard St
Baltimore, MD 21201