# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES** | \* |
| | \* |
| v. | \*   Case No. GLR-20-210 |
| | \* |
| **TERRELL WALTON** | \* |
| | \* |

\*   \*   \*   \*   \*   \*   \*

## MOTION TO STRIKE APPEARANCE OF COUNSEL

NOW COMES Tyler Mann, court appointed counsel for Terrell Walton, in the above captioned matter, respectfully moves this Honorable Court to withdraw as counsel. In support states as follows:

1. This case was initiated against Mr. Walton in May 2021.

2. That this attorney was appointed to represent Mr. Walton in May 2021 as a CJA panel attorney.

3. That the case proceeded to trial on February 28, 2022, with the jury returning a guilty verdict on March 10, 2022.

4. That Mr. Walton was sentenced on September 30, 2022.

5. That this attorney noted an appeal for Mr. Walton.

6. That this attorney does not handle Federal appeals.

Respectfully submitted,

/s/
_____
Tyler Mann
Law Offices of Mann & Risch
101 E. Chesapeake Ave, Suite 403
Towson, MD 21286
(410) 929-5145
tyler@mannrisch.com

Federal Bar #30028

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 5, 2022, a copy of the foregoing was sent via email to the United States Attorney's Office for the District of Maryland, AUSA Chris Romano.

/s/

_____

Tyler Mann