```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2                      NORTHERN DIVISION

 3    UNITED STATES OF AMERICA,   )
                 Plaintiff,       )
 4         vs.                    )   CRIMINAL CASE NO. GLR-20-0210
                                  )
 5    CHE DURBIN and TERRELL      )          VOLUME 1B
      WALTON,                     )
 6                                )
                 Defendants.      )
 7    _____ )
                        Monday, February 28, 2022
 8                          Courtroom 7A
                          Baltimore, Maryland
 9                            JURY TRIAL

10    BEFORE:  THE HONORABLE GEORGE LEVI RUSSELL, III, Judge

11    For the Plaintiff:
      Christopher Romano, Esquire
12    Jason Hamilton, Esquire
      Special Assistant United States Attorneys
13    36 S. Charles Street, Fourth Floor
      Baltimore, Maryland  21201
14
      For the Defendants:
15         For Che Jaron Durbin:
                Catherine Flynn, Esquire
16              Law Office of Catherine Flynn
                217 North Charles Street, Second Floor
17              Baltimore, Maryland  21201

18         For Terrell Darnell Walton:
                Tyler Mann, Esquire
19              Law Offices of Mann and Risch
                101 E. Chesapeake Avenue, Suite 100
20              Towson, Maryland  21286

21    Also Present:
           Brian Battee, Harford County Sheriff's Office
22         Damon Gasque, IT, U.S. Attorney's Office

23                        Reported by:
                     Nadine M. Bachmann, RMR, CRR
24                 Federal Official Court Reporter
                   101 W. Lombard Street, 4th Floor
25                    Baltimore, Maryland  21201
                            410-962-4753
```

```
 1                           I N D E X

 2     OPENING STATEMENTS:                           PAGE

 3          For the Government
                 By Mr. Romano:                         8
 4
            For Defendant, Che Durbin
 5               By Ms. Flynn:                          18

 6          For Defendant, Terrell Walton
                 By Mr. Mann:                          20
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | **(Jury voir dire took place in Volume 1A.)** |
| 2 | **(Recess was taken.)** |
| 3 | **(Proceedings commenced at 2:03 p.m.)** |
| 4 | **THE COURT:**  Okay, very well. Now ladies and |
| 5 | gentlemen, as indicated, the jury room -- well, you may not |
| 6 | know, the jury room is located directly behind your jury |
| 7 | station. It's going to be a door directly to your left after |
| 8 | you come out of the jury box. Whenever the court recesses or |
| 9 | when you arrive in the morning or after lunch, you should |
| 10 | report directly to that jury room. |
| 11 | The Government in a few moments will end up making an |
| 12 | opening statement and defense counsel may at their option make |
| 13 | an opening statement. Understand, opening statements are not |
| 14 | evidence at all. It's just a road map on what each side |
| 15 | believes that the evidence will show. |
| 16 | At times during the course of the trial, there are going |
| 17 | to be objections that are going to be made and I'm going to |
| 18 | rule on those objections. You shouldn't concern yourselves |
| 19 | with the objections made by the lawyers or my rulings on those |
| 20 | objections unless I instruct you otherwise. |
| 21 | Now I mentioned earlier that the trial is expected to |
| 22 | last approximately two weeks. It will run today, Wednesday and |
| 23 | Thursday. We will not be sitting on Tuesday. It will also run |
| 24 | Monday, Tuesday, Wednesday and Thursday of the following week. |
| 25 | In the event that we need it, it will be the following |

```
1      Tuesday. I believe it's March 15th that we'll sit again.

2           As I indicated, this is only an estimate and it may be

3      shorter or longer. I will try at the beginning or at the end

4      of every trial day, maybe with the exception of today, to

5      provide you with an estimate on whether or not we are running

6      behind or ahead of schedule or whether or not we're running on

7      time. I will do that after consult with the attorneys and

8      they'll come up to the bench at the conclusion of the trial

9      day or near the conclusion of the trial day. If we are running

10     a little bit behind I may cut out on our mid-afternoon break

11     for maybe ten minutes or I might cut back on lunch for maybe

12     15 minutes. If we're running on time or ahead of schedule, we

13     may end up adjourning a little bit earlier in the event that

14     there happens to be a fairly lengthy witness at 4:00 or we

15     might add a witness at 4:30 if the witness is particularly

16     short.

17          You can expect to take a mid-morning break and a

18     mid-afternoon break to allow you the opportunity to stretch

19     your legs and to use the restroom.

20          Now understand that during the trial and during recesses,

21     please don't discuss any opinion about the case. Don't discuss

22     this case either among yourselves or with any other person. Do

23     not allow yourself to overhear anyone discussing the case and

24     do not have any contact outside the courtroom with any of the

25     parties, witnesses, or lawyers except to exchange a greeting.
```

 1     The counsel know and understand this. So don't take offense if

 2     they don't acknowledge you. Because it's so important for you

 3     to end up judging this case exclusively on the evidence that

 4     you end up hearing at trial. So again, don't be offended if

 5     Counsel doesn't happen to speak to you because they understand

 6     what your obligation is.

 7         You should not do any research or investigate this case

 8     on your own. You must base your decision solely on the

 9     evidence presented in the courtroom. Keep an open mind

10     throughout the entire trial. And at the end of all the

11     evidence, I'm going to explain to you the law that applies in

12     this case and you will have the case eventually for

13     deliberations.

14         Now each of you has been or will be provided a notebook

15     to jot down any notes that you'd like to take during the

16     course of the trial. This notepad will be marked with your

17     juror number on the reverse side of it and my courtroom deputy

18     is raising that for you now.

19         At the conclusion of the trial or during recesses, you

20     can take your notepads with you in the jury room or place them

21     on your seat there. No one is going to be permitted to review

22     your notes. They're collected at the end of the day and

23     they're put in a secure location within my chambers. So no one

24     will read your notes.  And, indeed, at the conclusion of the

25     case, you can take your notes with you. You can rip them out

1    or we will destroy them for you. I'm not reading any of those.

2        You should keep in mind that any notes that you're taking

3    are only to help you remember and the notes themselves are not

4    evidence. Please don't let your note-taking interfere with

5    watching and listening to the witnesses.

6        As I indicated, you shouldn't discuss this case among

7    yourselves or allow anyone to discuss this case with you. In

8    the event that anything questionable occurs and I'm not

9    suggesting that it will occur, but in the event that anything

10   questionable does occur, don't discuss it with your fellow

11   jurors. Just simply write a note and get it to the courtroom

12   deputy and she will hand it to me. I will read the note.  I'll

13   bring the parties in and we will collectively address whatever

14   concern that you end up having. But you should not discuss it

15   with your fellow jurors.

16       So with that, Counsel, do you need to approach at all?

17   We're going to distribute our notebooks in a moment and

18   Counsel, do you need to approach at all before we get into the

19   opening statements?

20           **MR. ROMANO:**  I don't believe so, Your Honor.

21           **MS. FLYNN:**  No, Your Honor.

22           **THE COURT:**  Mr. Mann?

23           **MR. MANN:**  Judge, I'm good.

24           **THE COURT:**  Very well. So what we'll do is as soon

25   as the courtroom deputy is finished marking the notebooks, I'm

 1    going to call upon the Government to give their opening. As I

 2    indicated, each defendant is entitled, but not required to

 3    give an opening in this case and you will hear from them. And

 4    then we will defer to the order given where we are in the hour

 5    as to the presentation of the balance of any evidence that

 6    will be heard today.

 7         Also, by the way, absent a change of protocol or our

 8    local rules, you should continue to adhere to the masking

 9    requirements. So when you're in the confines of the jury

10    assembly room, out of respect for your fellow jurors, unless

11    you are eating or drinking something, I would ask that you

12    remain masked while you're in the jury room. That does not

13    necessarily apply when you are outside of the courthouse

14    complex and if you decided to take a walk or eat some lunch. I

15    don't anticipate the Court's internal masking policies to

16    change while this trial is going on, but if it does, I will go

17    ahead and adjust.

18         Also, understand the lawyers are under the same

19    admonishment. If they are engaged in a speaking role, then

20    they may remove their mask. If they're not engaged in a

21    speaking role they are to remain masked at all times. The same

22    would apply to you as jurors and it also applies to me. I just

23    happen to be doing a lot of talking right now, so that's why I

24    don't have a mask on.

25         Ms. Herndon, is there anything else you think we need to

1    address before openings?

2              **THE CLERK:** No, Your Honor.  We're ready.

3              **THE COURT:**  All right.  Mr. Romano, who is going to

4    give the opening, sir?

5         **MR. ROMANO:**  I am, Your Honor. For the record, I

6    have been vaccinated and boosted so with the Court's

7    permission may I address the jury without my mask?

8              **THE COURT:**  At your pleasure, sir.

9         **MR. ROMANO:**  Thank you. On May 17, 2019, Che Durbin

10   was patiently waiting, patiently waiting the arrival of a U.S.

11   mailman who had a package to deliver to Apartment 1B at the

12   Warwick Apartments located in Aberdeen, Harford County

13   Maryland. And as Che Durbin watched and waited, there were

14   others who were watching and waiting, watching Che Durbin as

15   he waited for the mailman to deliver the package. What was in

16   the package was a doll, something called a Minecraft doll. I

17   had never heard of it before, but apparently it's a doll that

18   is associated with some type of internet game. But what was

19   inside the Minecraft doll was almost 1 kilogram of cocaine. A

20   kilogram, ladies and gentlemen, worth more than $30,000.

21        Good afternoon.  Let me reintroduce myself. I'm Chris

22   Romano.  And together with Jason Hamilton, we represent the

23   United States.

24        What I've just told you is part of what brings us all

25   here to court today:  You as jurors; Mr. Hamilton and I as the

1    prosecutors; the defendants, Mr. Durbin, Mr. Walton; their

2    counsel; and His Honor, Judge Russell.

3        I say it's part of what brings us here to court today

4    because as you will learn, there's much, much more to this

5    case. In fact, what happened on May 17, 2019, was really just

6    the beginning of the end. And not just for Che Durbin, but for

7    many others, including Che Durbin's co-defendant, Terrell

8    Walton, who was a co-conspirator, in essence his partner in

9    crime.

10       And that crime, ladies and gentlemen, is the crime of

11   conspiracy. In this case, Conspiracy to Distribute and Possess

12   with the Intent to Distribute cocaine and cocaine base, which

13   is commonly known as crack cocaine.

14       Che Durbin and Terrell Walton are charged in Count One

15   with Conspiracy to Distribute and Possess with the Intent to

16   Distribute both cocaine and crack cocaine. Che Durbin is also

17   charged in Count Two with Possession with Intent to Distribute

18   cocaine in connection with that package on May 17th of 2019.

19   And as you will learn and as the evidence will show, he's also

20   charged in Count Three with Possession with Intent to

21   Distribute more than 1 kilogram of cocaine in May of 2020,

22   almost, in fact, a year to the day from that first package

23   that he possessed in May of 2019.

24       Now there are two elements that the Government must prove

25   in order for the defendants to be found guilty of conspiracy.

1    First, that two or more persons committed an unlawful act and

2    the evidence in this case will show that unlawful act was to

3    distribute or possess with the intent to distribute cocaine

4    and crack cocaine.

5         The second element is that each of these defendants, Mr.

6    Durbin and Mr. Walton, became members of that conspiracy and

7    they did so knowingly and willfully. It didn't happen by

8    accident that they were members of the conspiracy. They

9    knowingly and willfully became part of this conspiracy.

10        And the crime of conspiracy, ladies and gentlemen, to

11   violate a federal law, is a separate and independent offense

12   from what the law refers to as a substantive offense. The

13   substantive offense in which Mr. Durbin is charged in Counts

14   Two and Three is the Possession with Intent to Distribute. But

15   conspiracy is a separate crime under federal law.

16        Now as for the elements for Counts Two and Three, the

17   Possession with Intent to Distribute, the Government's

18   evidence will show these three elements: One, that Mr. Durbin

19   possessed that cocaine; second, that he knew it was cocaine;

20   and third, that he intended to distribute it. And by

21   "distribute" means to hand over or in this case, sell.

22        With regard to Count Two, the Government's evidence will

23   show that he either actually or constructively possessed that

24   kilo of cocaine. And with regard to Count Three, the

25   Government's evidence is going to show that a co-conspirator,

1    the co-conspirator by the name of Jamika Thompson -- and

2    you're going to hear from her -- physically possessed that

3    cocaine, that kilo in May of 2020. But that Che Durbin aided

4    and abetted her possession of that cocaine. And that will make

5    him just as guilty as if he physically possessed it.

6          In his instructions to you at the close of the case,

7    Judge Russell will define all these terms for you, possession,

8    distribution, as well as aiding and abetting. But make no

9    mistake about it, ladies and gentlemen, make no mistake about

10   it, Che Durbin possessed those drugs and he intended to

11   distribute them within the community of Harford County. And he

12   did so for one reason and one reason only.  That was to make

13   money. Making money was both Che Durbin and Terrell Walton's

14   motivation. And the Government's evidence will establish that

15   beyond a reasonable doubt.

16         Now as I told you, the first element that the Government

17   must prove when it comes to conspiracy is that there are two

18   or more persons that are entered into this unlawful agreement

19   to distribute or possess with the intent to distribute powder

20   and crack cocaine. Well, not only will the Government's

21   evidence, ladies and gentlemen, show that these two

22   defendants, Che Durbin and Terrell Walton were part of the

23   conspiracy, but you're going to also hear evidence about other

24   members of the conspiracy.

25         There was a source of supply of this cocaine. And that

1    person was a man by the name of Jack Anderson. Jack Anderson

2    lived in Tucson, Arizona. Jack Anderson using a fake name and

3    a false address, but close to his real address in Tucson,

4    mailed that package in May of 2019 that contained that

5    Minecraft doll, that contained that kilo of cocaine to an

6    address where Che Durbin was waiting for it.

7         And how do we know that it was Jack Anderson?  Because it

8    was a fake name on the package. How do we know that?  His

9    fingerprints, ladies and gentlemen, were on those drugs. His

10   fingerprints incidentally were also on that kilo of cocaine

11   that Jamika Thompson brought back from Tucson, Arizona in May

12   of 2020.

13        Now those two packages of cocaine were seized, but there

14   were other packages, other kilos of cocaine that made it from

15   Arizona to Maryland that did not get seized. And once Che

16   Durbin got that cocaine, he sold it. He distributed it to any

17   number of people, including his co-defendant, his

18   co-conspirator, Terrell Walton; his partner in crime, a man by

19   the name of Michael Wells.  Terrell Walton and Michael Wells

20   as you're going to hear, along with Che Durbin, distributed

21   that cocaine to any number of people in Harford County.

22        So now how is the Government going to prove that?  Well

23   folks, you're going to hear the very words, the very words of

24   Che Durbin, Terrell Walton, and Michael Wells. And not only

25   will you hear their words, you're going to see text messages,

1    text messages that showed that they were distributing cocaine.

2    And that happened because the Harford County Narcotics Task

3    Force which was the police agency that was investigating this

4    case, had applied for and received permission from a judge to

5    intercept cell phone calls and text messages.

6        Now let me stop here for just a minute and caution you

7    about some of that language that you're going to hear in these

8    phone calls and some of that language you're going to read in

9    these text messages. It contains very coarse, very profane

10   language. But folks, this is the real world. It's not some TV

11   show like CSI or Law and Order where the case is solved in one

12   hour with a few commercial interruptions and sanitized so that

13   the language is G or PG, so that it's edited for TV. You're

14   going to see, this is the real world and how that dirty game

15   of drug distribution really operates.

16       Now with regard to some of the language in the texts and

17   calls that you're going to hear from Che Durbin, Terrell

18   Walton, Michael Wells, as well as their customers, they use

19   what they think, what they think is coded language. They talk,

20   they text, and they use coded language just in case, just in

21   case law enforcement might be listening. And you know what?

22   They were.

23       These defendants figured if we disguise what we're

24   talking about, no one is going to know. That's what they

25   figured. But they figured wrong.

1      Throughout this trial you're going to hear words like
2   "Hey, bring me that clock." "Bring your bench." "Bring a
3   calculator." All code words, ladies and gentlemen, for a
4   digital scale so that the drugs can be weighed.
5      You're going to hear, "I want it soft." "I want it hard."
6   "Is the cake already made?"  References to powder cocaine, "I
7   want it soft." "I want it hard," "Is the cake already made?"
8   Crack cocaine.
9      You're going to hear some sports analogies. You're going
10  to hear the name Michael Vick. You're going to hear
11  "basketball." You're going to hear "half time." All of those
12  are references to different weights of drugs.
13     Michael Vick, if you remember him, was a football player.
14  His jersey number was 7. 7 grams. "Basketball" or "pool"
15  refers to an 8-ball which is 3.5 grams. "Half-time," 14 grams,
16  one-half of an ounce.
17     Those involved in the drug trade like these defendants
18  and their customers use the metric system. They deal in grams.
19  That's why they need and that's why they use digital scales.
20  They call them "clocks," they call them the "bench," they call
21  them the "calculator."  They all mean one thing, a scale.  And
22  they need that scale to weigh the drugs.
23     A gram, ladies and gentlemen, see this packet of Sweet
24  and Low or any artificial sweetener that you might use in your
25  tea or your coffee?  This is one gram, all right?  This is one

1     gram. So a thousand of these is a kilogram. 28 of these

2     packages, 28 grams is an ounce. And selling drugs, like I told

3     you, the name of the game is to make money.

4          Speaking of money, you're also going to hear evidence and

5     see testimony and hear testimony about another package, a

6     package that was sent in the U.S. Mail that was mailed to Jack

7     Anderson, this time using Jack Anderson's real name and using

8     his real address. And the name on the sender of that package,

9     Che Durbin. And it was mailed from the same address, Apartment

10    1B at the Warwick Apartments in Aberdeen.

11         But this time, ladies and gentlemen, that package wasn't

12    coming from Arizona to Maryland. It was going the other way,

13    from Maryland to Arizona. This package didn't contain a kilo

14    of cocaine stuffed inside a doll. This package contained a

15    Beats headphone box, the kind of headphones that you put in,

16    brand name is Beats. So in that box was the Beats package.

17    But more importantly, what was inside that Beats box was more

18    than $80,000 in cash. $80,000 made up mostly of hundred dollar

19    bills. That money was used to pay for drugs that Jack Anderson

20    had sold to Che Durbin.  Money that Che Durbin, Terrell

21    Walton, Mike Wells and others made from selling drugs once

22    they hit the streets of Harford County.

23         Remember I told you that Jack Anderson's fingerprints

24    were on those kilos of cocaine, the ones in May of 2019 and

25    the ones in May of 2020?  Well, guess what, on that Beats box

1    that contained more than $80,000 in cash, not only were Jack

2    Anderson's prints on that Beats box, but so were Che Durbin's

3    fingerprints. So were Jamika Thompson's fingerprints.

4         Speaking of Jamika Thompson, you're going to hear her

5    testify. You will hear her testify that she was part of the

6    conspiracy, what her role was, primarily flying out to Tucson,

7    Arizona where she would obtain a rental car, a rental car paid

8    for by the defendant, Che Durbin. And once she got that rental

9    car she would drive it back all the way from Tucson, Arizona

10   to Harford County, transporting kilos of cocaine.

11        Jamika Thompson will testify that she's testifying in the

12   hope that she ultimately will get a reduced sentence. That's

13   all it is, ladies and gentlemen, a hope. No promises have been

14   made to her and her sentence will be whatever His Honor, Judge

15   Russell, determines the sentence to be appropriate.

16        Jamika Thompson, no doubt, will be portrayed as a liar by

17   the defense. She lied about her role in the conspiracy when

18   she was interviewed by law enforcement after she was arrested.

19   You're going to hear that she violated the terms of her

20   pretrial release which landed her back in jail. And once back

21   in jail, she engaged in elicit conduct. She did these things

22   to be sure, but it will be up to you as jurors, as judges of

23   the facts as to whether you believe some of her testimony,

24   none of her testimony, or all of her testimony as she takes

25   the witness stand.

1        But you will also see evidence of her flights to Arizona.

2   You will see evidence of the car rental records. In fact, you

3   will also actually see some video surveillance that was done

4   of her both in Maryland and in Tucson, Arizona. So you all

5   will be the judges of her credibility as a witness.

6        But you know what?  The Government did not make Jamika

7   Thompson a witness. Che Durbin made Jamika Thompson a witness

8   when he paid for her airfare, when he paid for her rental

9   cars, when he had her bring those drugs back from Tucson,

10  Arizona to Maryland. Che Durbin made her a witness when you'll

11  see that video of her placing that package in May of 2019 in

12  her car and you'll learn that the car was stopped and the

13  drugs were seized. That's what made Jamika Thompson a witness.

14       Now at the close of this case, ladies and gentlemen,

15  you're going to retire to your jury room. You're going to

16  deliberate and you're going to come back here and you're going

17  to render a verdict. Do you know what the term "verdict"

18  means?  It comes from the Latin, verum dictus, which means to

19  speak the truth. And with your verdict, you're going to tell

20  Che Durbin and you're going to tell Terrell Walton that you

21  know the truth. The truth is they're guilty.

22            **THE COURT:**  Thank you very much, Mr. Romano. Ms.

23  Flynn, will you be giving an opening statement?

24            **MS. FLYNN:**  Yes, Your Honor.

25            **THE COURT:**  Thank you.  At your pleasure.

1          **MS. FLYNN:**  And with the Court's permission I am

2     vaccinated, so I'd like to remove my mask.

3          **THE COURT:**  Of course.

4          **MS. FLYNN:**  Thank you. Good afternoon, ladies and

5     gentlemen. My name is Catherine Flynn. I didn't really get a

6     chance to meet you before when you were in the room and we

7     were in here and I represent Mr. Che Durbin. And Mr. Durbin

8     has been waiting since the day he was charged in this case,

9     May 12th of 2020 to be able to walk into a courtroom and say,

10    "I'm not guilty of these charges."

11         Now everything Mr. Romano just said to you, none of that

12    is evidence. The judge has instructed you, opening statements

13    are not evidence. You all are the judges of the facts of this

14    case. You all are the only ones that get to decide what has

15    been proven and what hasn't been proven.

16         Now you all may have noticed when you walked into the

17    room, the jury box is a little bit elevated off of the carpet.

18    And that's because you all just got an elevated position. You

19    are the judges of the facts. His Honor is the judge of the

20    law. But you all are the only ones who get to decide, do I

21    believe this fact?  Has this fact been proven beyond a

22    reasonable doubt?  Am I skeptical about whether or not this is

23    proven?  Is it just because somebody says it's true?  Do I

24    have to believe that?  And the answer is no. Just because

25    somebody says something doesn't mean you have to believe it.

1       For instance, the Government was talking to you about

2   this coded language.  And Mr. Romano was saying, this is what

3   it means. A clock means it's a scale. Well, that's his opinion

4   and he may have somebody from law enforcement coming in here

5   and saying, "Based on our expertise and our experience that's

6   what these words mean." That doesn't mean it's proven. That

7   doesn't mean it's true. It's the narrative that they're trying

8   to prove, but it doesn't mean it's true. You all are the ones

9   who decide what has been proven and what hasn't been proven.

10      And while my client is charged along with Mr. Walton, Mr.

11  Mann represents Mr. Walton. I represent Mr. Durbin. You need

12  to look at these gentlemen separately. You need to look at the

13  evidence that is presented.  And when you get the verdict

14  sheet at the end of the case, you're going to be asked to

15  reach separate verdicts regarding Mr. Durbin and Mr. Walton.

16  So I just want you to keep that in the back of your mind when

17  you're listening to some of the evidence. Some of the evidence

18  the Government is going to be directing towards Mr. Durbin.

19  Some of it is going to be directed towards Mr. Walton. And

20  it's important for you as the judges of the facts to keep that

21  straight because you're going to have to ask your question at

22  the end of this case, has the Government proven each and every

23  element of every crime?  And my client is charged

24  independently of some crimes, and then in the conspiracy along

25  with Mr. Walton.

1          Now as I said, my client has been waiting day after day,

2     month after month since May 12th of 2020, well over a year,

3     we're peeking into two years now to be able to come into court

4     and say, "I'm not guilty." The Government can accuse you of

5     anything. Anybody can find themselves at the wrong end of an

6     indictment, at the wrong end of a criminal charge. What

7     matters is what happens when you walk into court when you say

8     "I'm not guilty."

9          The Government has to prove this. And there's going to be

10    some smoke, there's going to be some inferences, there's going

11    to be accusations.  But there's not going to be any evidence

12    against Mr. Durbin.

13         So I appreciate your time. We're going to be together

14    probably for the next couple of weeks. You've got a very, very

15    important job ahead of you and I ask that you take that as

16    seriously as we take it.  And this is an extremely important

17    process for Mr. Durbin. And I trust that you will and I am

18    confident that at the end of the entire presentation, you will

19    find Mr. Durbin not guilty. Thank you.

20              **THE COURT:**  Thank you very much, Ms. Flynn.

21         Mr. Mann, will you be giving an opening statement, sir?

22              **MR. MANN:**  Yes, please, Judge.

23              **THE COURT:**  At your pleasure, sir.

24              **MR. MANN:**  I'm also vaccinated so I'm going to take

25    my mask off.

1       When I was about ten years old I went to one of these

2  fairs with my family, with my dad and my mom and my brother.

3  Not one of the fancy fairs like the Maryland State Fair or

4  maybe your local county fair, it was one of these fairs that

5  sets up in like a parking lot, set up in like a field and you

6  come in and they charge you kind of per ride.

7       And when we were there, there was this carnival worker.

8  He had a nice tent and there was one of these tents that had

9  sensational things on there. And he's screaming and yelling

10  and doing a fantastic job of telling us he had a mermaid

11  inside of this tent, a real mermaid. Now ten years old, I said

12  to my dad, "I have to see this mermaid. I have to go and see

13  this." And my dad sits there and laughs at me. He knows what's

14  going on. I said, "Dad, there's a real mermaid in there, I

15  have to go see it." And this carnival worker did a fantastic

16  job "Oh, you've got to come in.  You've got to see this

17  mermaid." He had a whole backstory and I was hook, line and

18  sinker -- no pun intended -- I was in.  And I begged my dad

19  for the five dollars so I could go in.  I said, "Dad, are you

20  going to come with me?  Are you going to come in here and see

21  this mermaid with me?"  And he said, "No, I'm going to wait on

22  the other side.  I'm not going to waste my money." I said,

23  "Okay."

24       My dad paid this man five dollars and 10-year-old me

25  pulled back the tent and I went inside and it was dark.  And

1    there was a tank in there and I got really excited.  And then

2    I saw a woman in a bikini and a horrible piece of makeup that

3    had her tail and she said something and I realized, this

4    wasn't a mermaid.  And I hung my head and I walked out.  And

5    my dad is out there laughing at me.

6        And I learned a lesson that day:  Things aren't always

7    what they seem. Things aren't always as they are told to us.

8        Now on behalf of Terrell Walton, we are kind of in the

9    cheap seats in the back, but please, this is just as serious

10   as if we were in the front row. And we want to thank you for

11   keeping an open mind as we progress through this trial over

12   the next couple of days.

13       And I do want you to remember that there are two --

14   though we are sitting here on this side together, there are

15   two trials that are going on and you will be returning a

16   verdict separate and apart from Mr. Durbin. Mr. Walton is here

17   on his own and he also is excited to have his day in court.

18       I want you to listen intently. I want you to listen and

19   see what the Government shows us. And I want you to hear the

20   words that are said on these tapes and out of the witnesses'

21   mouths, but I also want you to see what is missing. Because

22   when this is all said and done and you go back to the jury

23   room and you look at the evidence that's been presented, the

24   question in your mind will be, "What didn't we see?  What

25   wasn't presented to us?  Why are we still having questions

1      about where this evidence is?"

2          Because what you will not see is my client dealing any

3      drugs. What you will not see is any money in my client's

4      hands. What you will not see is any drugs in his hands.

5          Mr. Romano took time going through each count that they

6      presented to you. Count Two and Count Three are about overt

7      acts.  These two different instances in May of 2019 and May of

8      2020 which we can call overt acts that are in relation to Mr.

9      Durbin, but there are no overt acts in relation to Mr. Walton.

10     There's not one time the Government says, "You had drugs on

11     this day.  This is the quantity of drugs that you had and now

12     you have a Count Four. You have an overt act." They don't have

13     any of that. The only thing that they have are these recorded

14     calls, which really when you examine them, don't say a whole

15     heck of a lot. Recorded calls the Government picks and chooses

16     to fit their narrative.

17         Ms. Flynn is right.  Everything that we say now is not

18     evidence. But talking about these coded language, talking

19     about how things come and go are all done, are all picked and

20     choosed to fit the Government's narrative. They are here to

21     try to convict our clients on nothing more than guesswork. The

22     Harford County Sheriff's Department picks and chooses what

23     they want you to see. The Harford County Sheriff's Department

24     picks and chooses what code words mean. That's their

25     narrative.

1          The Government is a carnival worker. They're the ones

2     trying to get you to come on in, trying to hook you into their

3     tent putting up a lot of smoke, a lot of fancy words. But when

4     you peel back this tent and you walk inside, there's nothing

5     there. There's nothing of substance. You see the woman in a

6     bikini in a bad piece of makeup.

7          What they are missing is the connection between these

8     two. Peel back their case and actually examine what they are

9     having there. See the lack of connection between Terrell

10    Walton and Che Durbin. See the lack of any conspiracy between

11    them. There are no calls and texts between these two. There is

12    no connection between Jamika Anderson, there's no connection

13    between Michael Wells and my client. All they have are calls

14    that they want to tell you what they mean. But you are to

15    decide what they mean. It is your job to decide what these

16    calls actually show. And when all is said and done, the

17    Government will have failed to prove a conspiracy. They will

18    have failed to prove a meeting of minds, failed to prove any

19    connection between Terrell Walton and Che Durbin. Failed to

20    prove any connection between Terrell Walton and 26 grams of

21    crack cocaine.  Failed to prove any connection between Terrell

22    Walton and this Harford County drug conspiracy. And when it's

23    all done, I ask you to find the truth and to find them not

24    guilty.

25          **THE COURT:**  Thank you very much, Mr. Mann.

1       Mr. Romano, your first witness, sir, or first

2  presentation of evidence.

3          **MR. ROMANO:**  Thank you, Your Honor. Consistent with

4  what the parties and Your Honor has previously approved, we

5  will not be calling any live testimony from witnesses today.

6  Those witnesses will start on Wednesday.

7       However, we do have some stipulations with regard to

8  certain custodians of records and other witnesses. I don't

9  know whether Your Honor --

10         **THE COURT:**  I'm going to instruct them on what that

11  is.

12         **MR. ROMANO:**  Thank you, Your Honor.

13         **THE COURT:**  All right, ladies and gentlemen.

14  Consistent with what the Government as well as defense counsel

15  have agreed to as far as the presentation of evidence outside

16  of your presence, the parties are going -- or the Government

17  is going to present what they call stipulations to you. A

18  stipulation is a document or reading of a document which

19  manifests an agreement between the parties that certain facts

20  that would have otherwise been presented in open court are

21  true. And we will begin with the live testimonial portion of

22  this case first thing on Wednesday.

23       So we're going to go through the stipulations of the

24  parties today. They're going to be presented. There may be

25  other items or just simply the stipulations today. You're

1    going to adjourn for today because I know it's been a long day

2    and then we will have you return back into the jury room at

3    9:15 on Wednesday morning. But I'm going to talk to you about

4    instructions when you adjourn at that particular time.

5        So Mr. Romano, feel free to present your stipulations.

6    And again, ladies and gentlemen, these are agreements among

7    all parties. Just because the Government is putting forth the

8    stipulation does not necessarily mean they agree with it more

9    than one side than the other. All sides agree to it equally.

10           **MR. ROMANO:**  Thank you, Your Honor. Your Honor, I'm

11   going to use the Elmo.

12           **THE COURT:**  Yes.

13           **MR. ROMANO:**  To just put these up.

14           **THE COURT:**  Ladies and gentlemen, the Government is

15   going to use an equipment device. When he puts the document on

16   the stand there it should light up on your monitors. If for

17   some reason your monitors don't show anything or they're

18   blank, please write a note and let us know.

19       And by the way, for the purposes of court proceedings,

20   the person designated in seat number one will be the

21   designated foreperson. So to the extent that somebody ended up

22   having a note that they wanted to get to my attention that

23   occurred inside of court, you should just simply write your

24   own individual note, fold it, put your juror number on it and

25   pass it to the foreperson here. And it will be addressed by

 1          the courtroom deputy.

 2              All right, Mr. Romano.

 3              **MR. ROMANO:**  Thank you, Your Honor. Your Honor, the

 4      first stipulation is a stipulation regarding custodian of

 5      records. And for the record, that is Exhibit No. 42. And

 6      contained within Exhibit No. 42 is the stipulation which

 7      states the following:

 8              It is agreed and stipulated between the parties that if

 9      called to testify, the custodian of records for business

10      records for Delta Airlines, and those records are contained in

11      Government's Exhibit 5; Southwest Airlines, and those records

12      are contained in Government's Exhibit 6; American Airlines,

13      Government's Exhibit 7; La Quinta Hotel, Government's Exhibit

14      10; DoubleTree Hotel, Government's Exhibit 11; Staybridge

15      Suites Hotel, Government's Exhibit 12; National Car Rental at

16      Government's Exhibit 19; and Avis Car Rental records,

17      Government's Exhibit 20A through C. The custodians would

18      testify that those records reflected in the exhibits that I

19      just discussed were made and maintained in the ordinary course

20      of business of each of these entities.

21              And that stipulation, Your Honor, has been signed by all

22      the parties.  The parties further stipulate to the

23      admissibility of this stipulation --

24              **THE COURT:**  Okay, Mr. Romano, I'm sorry.  The

25      monitor is not working on one of them.  I didn't mean to cut

1    you off. Unable to view monitor. I got two notes in that

2    regard. Sorry about that, Mr. Romano.

3           **MR. ROMANO:**  That's fine, Your Honor.

4           **THE COURT:**  Is it working?

5           **THE CLERK:** Yes, it is, Your Honor.

6           **THE COURT:**  Is everyone's?

7           **MR. ROMANO:**  I'm not going to belabor it, Your

8    Honor.  I'll just go back to the benefit of those jurors that

9    didn't have it on the first page of the stipulation that it

10   references each of the business records and those records are

11   labeled it's the Government's exhibits that you can see, 5, 6,

12   7, 10 and so on and so forth.

13      And the second page of this stipulation for the record is

14   Government's Exhibit 42 which indicates that the parties

15   stipulate to the admissibility of not only the stipulation,

16   but the business records into evidence. It's signed by counsel

17   for the Government; Mr. Durbin; his attorney, Ms. Flynn; Mr.

18   Walton; his attorney, Mr. Mann. So that's one of the

19   stipulations.

20           **THE COURT:**  I'm going to interrupt you really quick,

21   Mr. Romano. For the purposes of the court record, I did

22   receive two notes related to the not working monitors. I've

23   marked those notes as Court's Exhibit 1 and 2 for the court

24   record because we need to make sure that anything I receive,

25   they know about and I place it into the court record. All

```
 1       right.
 2                   THE CLERK: Thank you, Your Honor.
 3                   THE COURT:  I'm going to put a date on there too.
 4                   THE CLERK: I'll do it.
 5                   THE COURT:  Thank you. Go ahead, Mr. Romano.
 6                   MR. ROMANO:  Thank you.  Are we all good with the
 7       monitors, ladies and gentlemen?  Okay, I see a thumbs up so I
 8       think we're ready to go.
 9           The next for the record would be a stipulation labeled
10       Government's 43. And this pertains to the testimony of Kayte
11       Wildman and it reads as follows: It is agreed and stipulated
12       between the parties that if called to testify, forensic latent
13       print analyst Kayte Wildman would testify regarding the
14       findings contained in her report.  Her report being
15       Government's Exhibit 40. The parties stipulate to the
16       admissibility of her report, Government's Exhibit 40. Again,
17       it's signed by all counsel and the defendants, as well.
18           The final stipulation, Your Honor, which for the record
19       is Government's Exhibit 44, is a stipulation regarding the
20       testimony of Detective Michael Pachkoski and it reads as
21       follows:
22           It is agreed and stipulated between the parties that if
23       called to testify, Detective Michael Pachkoski would testify
24       regarding the findings contained in his reports which are
25       Government's Exhibits 41A and B. The parties further stipulate
```

```
 1     to the admissibility of his reports, which are Government's
 2     Exhibits 41A and B. And again, the stipulation is signed by
 3     all counsel, as well as the defendants. So those would be the
 4     stipulations, Your Honor.
 5              THE COURT:  Okay, very good. Will that conclude the
 6     Government's evidentiary presentation for today?
 7              MR. ROMANO:  Yes, sir, it will.
 8              THE COURT:  All right, very well. Ladies and
 9     gentlemen, we weren't quite sure with regard to our pandemic
10     jury selection, how long it was going to take. Luckily, they
11     did so thanks to the attorneys and all of the court personnel
12     in a very efficient manner. But we wanted to at least get some
13     of the evidence underway during the presentation, including
14     opening statements.
15          We have concluded the evidentiary presentation for today.
16     So with that, you're going to be excused fairly quickly today,
17     but I want to continue to admonish you, please don't discuss
18     this case among yourselves. Resist the temptation to tell your
19     spouse, significant other, or friend, guess what?  I got
20     picked on this jury and the case is about this or that.
21     Please, you can let them know that out of respect for the
22     judicial process, including the prosecutors and the defense, I
23     can't discuss the case with you at this time, but I promise as
24     soon as the case is over, I'll brief you in every way
25     possible.
```

1    Ms. Herndon is going to be your shepherd. She is one of

2    our outstanding courtroom deputies. She is going to be getting

3    various contact information from you and you will have hers. I

4    doubt it's going to happen looking at the weather forecast

5    this week, but in the event that we ever had inclement weather

6    or there was some other traffic challenges that you ended up

7    having getting to the courthouse on time, she would be the

8    person that you would end up contacting and reaching out to.

9    She is also going to be the person to pass any notes to

10   in the event that something occurs when you are not seated

11   here in the actual courtroom.

12   As I indicated to you earlier, please don't discuss this

13   case amongst yourselves, allow anyone to discuss this case

14   with you. Don't do any independent research on this case.

15   Don't go on Facebook, My Life, My Space, you know, TikTok,

16   whatever it is to investigate this case on your own because

17   ultimately you're going to have to make the decision related

18   to this case exclusively on the evidence that you hear at

19   trial.

20   I'm going to give you this admonishment or some sort of

21   form of this admonishment or instruction each and every time

22   you exit this courtroom for the purposes of a break or even

23   for the day because that is how important that job is and your

24   responsibilities are.

25   So we are going to adjourn for today. You're going to

 1    leave your notebooks on your chairs. They will be collected by
 2    Ms. Herndon after you leave. You're going to arrive at no
 3    later than 9:15 on Monday -- I'm sorry, on Wednesday.
 4    Wednesday. You can feel free to arrive earlier. The court will
 5    be open, but probably the earliest we'll be prepared to take
 6    you will be at 9:15. Because there may be some preliminary
 7    matters that I need to discuss with the lawyers outside of
 8    your presence.
 9         One final note and I found this to be the case.  I've
10    been doing this for a while.  But when you arrive in the
11    morning and there might be two other, three other jurors,
12    resist the temptation to discuss the case or during a break
13    say, you know, make any comment about the case whatsoever.
14    Sometimes it's hard to resist, but I'm going to ask that you
15    do that. Because you will get this case soon enough with
16    regard to deliberations after my instructions on the law.
17         So Counsel, is there anything else we can productively
18    handle with this jury before we conclude for today, Mr.
19    Romano?
20              **MR. ROMANO:**  No, Your Honor.  There's matters that
21    we need to take up with the Court, but not with the jury.
22              **THE COURT:**  Of course. Ms. Flynn?
23              **MS. FLYNN:**  No, Your Honor.
24              **THE COURT:**  Mr. Mann?
25              **MR. MANN:**  We're good, Judge.

1          **THE COURT:**  Ladies and gentlemen, I'm going to

2     adjourn you for the day. Leave your pads there. Go back to the

3     same entranceway there. Ms. Herndon will be back with you

4     giving you some final instructions before you leave. Have a

5     nice evening and see you Wednesday at 9:15.

6          **(Jury is excused at 2:57 p.m.)**

7          **THE COURT:**  All right, everyone could be seated. Mr.

8     Romano, there's some things that you need to take up outside

9     of the presence of the jury?

10         **MR. ROMANO:**  Yes, Your Honor, thank you. Your Honor,

11    last week I submitted to the Court a motion and what was

12    styled as a protective order ex parte consent and I attached

13    to that an Exhibit 1. On Friday I received from your chambers

14    a signed copy of the motion to seal, the order sealing it, but

15    not the ex parte order which both defense counsel and as I

16    represented in my response, agreed to be bound by that ex

17    parte order. So we need to have a copy of that order signed or

18    if the Court wants to just do it verbally so that I can

19    provide that Exhibit 1 to both --

20         **THE COURT:**  I'm going to order it verbally and then

21    upon going back in chambers I will sign off on it as soon as

22    -- I believe it's on my desk, so I will sign off on it as soon

23    as I walk back in chambers, but you have got oral approval and

24    I've issued an order to that effect.

25         **MR. ROMANO:**  Thank you, Your Honor.  And with that I

 1  will provide to both Ms. Flynn and Mr. Mann a copy of that

 2  Exhibit 1. Then depending upon further consultation with them,

 3  we may need to have a discussion about whether or not they

 4  believe that that is something that's appropriate to be

 5  presented in terms of cross-examination of a witness.

 6       **THE COURT:**  It may be that that would be best taken

 7  up in the morning of whenever the witness is expected to end

 8  up testifying. Because I put in a window of between 15 minutes

 9  and a half-hour.  If everyone arrives at 9, I can issue a

10  ruling on the scope of any potential cross-examination, at

11  least a preliminary order or conditional order if certain

12  circumstances are met right there before we start trial.  And

13  then if things happen to change, maybe we can address it at

14  either the mid-morning break or the mid-afternoon break or

15  arguably an extensive sidebar in which I would just excuse the

16  jury early for one of the breaks.

17       **MR. ROMANO:**  Thank you, Your Honor. So just to be

18  clear, I will send to both defense counsel this afternoon that

19  Exhibit 1. Hopefully they can review it between now when they

20  get it and Wednesday morning.  And then we can inquire about

21  whether we need to have an additional matter with the Court or

22  not.

23       **THE COURT:**  Or it might be resolved. Also, I'm

24  wondering if -- I don't know, I haven't read it -- well, I

25  reviewed a portion of it, but I'm wondering whether or not

```
1    it's something that -- I don't need something in writing, per

2    se. I think that we can handle it orally through an oral

3    argument.

4              MR. ROMANO:  I believe that's fair.

5              THE COURT:  Okay.

6              MR. ROMANO:  Your Honor, the only other thing and

7    I'll just say for the record and I advised counsel of this, we

8    will make every effort to tell Counsel who the witnesses are

9    that we intend to call each day. It's our best guesstimate.

10   So for example, on Wednesday which is March 2nd, we anticipate

11   the witnesses to be Corporal Tyler -- I guess he's been

12   promoted, Sergeant Tyler Vass, Detective Aaron Sandruck,

13   Detective Wyzga and then Postal Inspector Michael Pecukaitis.

14             THE COURT:  That one got me too.

15             MR. ROMANO:  Yeah. And so that's one, two, three,

16   four.  And we may get to Detective Battee who is the case

17   agent. And if we do, that's in connection with the wiretap

18   calls which leads me to another question.  And I don't mean to

19   belabor this, but Your Honor, we have had -- and I know

20   they've now come up with this new system where everything is

21   electronic, well most everything is electronic. That Minecraft

22   doll is not on -- it's a thumb drive or the kilos -- but my

23   point here is we have an exhibit which is labeled 3D, actually

24   it's subparts 3-D1 through 5. And these are copies of

25   transcripts and texts messages. Now they can be electronic,
```

1   but again, you've got two jurors trying to read a transcript

2   or a text message and we've prepared books, not just for Your

3   Honor, but for defense counsel and all of the jurors which I

4   think would be easier for the jurors, for example, to read a

5   transcript, to have that transcript book in front of them as

6   opposed to try to huddle up on a screen being shared by

7   jurors.

8            **THE COURT:**  I agree. So if you prepare the

9   notebooks, if you prepare the binders for the jury to use and

10  they're being marked for Identification only, correct?

11  They're not going to go back into the jury room?  In other

12  words, it's like a transcript of what someone else believes

13  the conversation was.

14           **MR. ROMANO:**  That is correct, with regard to the

15  phone calls. For the text messages, that's substantive,

16  there's no interpret -- well, there's no well, this is what we

17  heard or this is what we didn't hear. So the transcripts which

18  are actually back in this starting at 3-D4 and 5.

19           **THE COURT:**  Transcripts of the text messages or

20  transcripts of the phone calls?

21           **MR. ROMANO:**  The transcripts of the phone calls are

22  3-D1 through 3 and then the text messages are physically the

23  actual text message.

24           **THE COURT:**  Now the text messages are going to go

25  back.

```
 1              MR. ROMANO:  We'll rip the others out.

 2              THE COURT:  That's what I was going to say. You'll

 3    take out the transcripts of the phone calls because they're

 4    just marked for Identification.

 5              MR. ROMANO:  Yes, sir.

 6              THE COURT:  Okay.

 7              MR. ROMANO:  Thank you.

 8              THE COURT:  That makes sense.

 9              MR. ROMANO:  And we'll have a copy of this for each

10    of defense counsel.  We have one for Your Honor.  And I

11    believe, Mr. Gasque, we have 15 for the jurors, right?  Okay,

12    so we'll have those for the Court. We also have an exhibit

13    binder for the Court which I can actually give to the Court

14    now if the Court wishes.

15              THE COURT:  No, I'll just have it when I come back

16    on Wednesday.

17              MR. ROMANO:  Counsel has already been given through

18    the Cloud and other --

19              THE COURT:  Also what will be helpful and I don't

20    want -- the defense is under no obligation to do this and I

21    understand it, but from a scheduling standpoint, to the extent

22    that when you get Mr. Romano's witness list, if you believe

23    that there's going to be a fairly light cross-examination of

24    any of the individual witnesses whereby it may be best before

25    the conclusion of the trial day Mr. Romano can squeeze in
```

```
 1        another witness, that would be great.  Because then I can tell
 2        the jury we're running ahead of schedule, instead of running
 3        behind schedule. So, I mean, to the extent that you guys can
 4        work together and say well, I don't anticipate much from
 5        so-and-so and then that knocks out a half-hour
 6        cross-examination to basically zero which would afford you,
 7        Mr. Romano, if that happens for a couple witnesses, to be able
 8        to put on an additional 30-minute witness or something along
 9        those lines that might be cross-examined.
10             MR. ROMANO:  Just one final thing.  For the record,
11        I don't know whether the defense has any witnesses that they
12        intend to call or any exhibits, but we have not received any
13        exhibits from either defense counsel.
14             THE COURT:  Yeah, well at this point -- they're
15        under no obligation to do anything at this point.  Well, I
16        understand that there's discovery, but right now there are no
17        witnesses.
18             MR. ROMANO:  I understand.  The witnesses may be
19        within the list that we have. There weren't any that were
20        added. That's one part. But if they have exhibits, just as we
21        are required to share them --
22             THE COURT:  Oh, right. Of course.
23             MR. ROMANO:  So I don't know whether they have any
24        exhibits.  But if they do, we haven't seen any.
25             THE COURT:  Right, okay.
```

1          **MS. FLYNN:**  And Your Honor, if I am going to be

2     using any exhibits it would have been something provided by

3     the Government.

4          **MR. ROMANO:**  Thank you, Your Honor.

5          **MS. FLYNN:**  I don't have anything separate and

6     apart.

7          **THE COURT:**  That's what you're talking about.

8          **MR. ROMANO:**  That's correct, Your Honor.  Only if

9     they had any additional exhibits that aren't contained within

10    the exhibits --

11         **MS. FLYNN:** No.

12         **THE COURT:**  Mr. Mann?

13         **MR. MANN:**  I do not have anything that's separate

14    from what has already been provided. Judge, I will -- if I may

15    ask, if we can get that transcript book -- I'm not sure if you

16    plan on giving it to us today, but I would like to get that

17    transcript book today so that I can spend some time tomorrow

18    kind of verifying it. I get very worried about having

19    unverified -- you know, you listen to these calls, it's not --

20    nothing is crystal clear. It's lot of garble, a lot of side

21    talk.  And so I worry about what the Government thinks is

22    actually being said and putting it down on paper like it's --

23         **THE COURT:**  Right.  And when the jury is presented

24    with a transcript of a conversation, I will always admonish

25    them that this is just simply one person's version of what is

1     being said in the conversation.  And that ultimately, that

2     transcript is not evidence, but what is on the disk and what

3     you actually hear is the evidence. The transcript is one

4     person's interpretation of what that is.

5           **MR. MANN:**  Right.  But it is powerful to have that

6     in front of you.  And I have run into situations where just a

7     little bit of a word sort of transposed incorrectly can really

8     change the context of a conversation.  So if they have it, I

9     would like to have it today.

10          **MR. ROMANO:**  Your Honor, Mr. Gasque, our paralegal

11    extraordinaire has indicated to me that those transcripts were

12    uploaded to USAFX, so you should have those, Counsel.

13          **MR. MANN:**  They were?

14          **MR. ROMANO:**  Yes.

15          **MR. MANN:**  Okay, because those were not part of the

16    upload on the Government's list.

17          **THE COURT:**  I don't know what that is. I tell you

18    what --

19          **MR. MANN:** We'll figure it out.

20          **THE COURT:**  The Government says that you've got

21    access to it.  I have no doubt that Mr. Gasque has attempted

22    to or has made access to it.  It's just a question of finding

23    exactly where it is.

24          **MS. FLYNN:**  No problem.  We'll figure it out.

25          **THE COURT:**  Okay, very good. Anything else?

1          **MR. ROMANO:**  No, Your Honor.  Thank you.

2          **THE COURT:**  Okay, thank you. See you on Wednesday.

3          **(Proceeding concluded at 3:09 p.m.)**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF OFFICIAL REPORTER**

1

2

3

4

5          I, Nadine M. Bachmann, Certified Realtime Reporter

6     and Registered Merit Reporter, in and for the United States

7     District Court for the District of Maryland, do hereby

8     certify, pursuant to 28 U.S.C. § 753, that the foregoing is a

9     true and correct transcript of the stenographically-reported

10    proceedings held in the above-entitled matter and that the

11    transcript page format is in conformance with the regulations

12    of the Judicial Conference of the United States.

13

14                        Dated this __17th__ day of __January, 2022__.

15

16                        -S-

17    _____

18                        NADINE M. BACHMANN, CRR, RMR
                          FEDERAL OFFICIAL COURT REPORTER
19

20

21

22

23

24

25

**$**

**$30,000** [1] - 8:20
**$80,000** [3] - 15:18,
16:1

**1**

**1** [7] - 8:19, 9:21,
28:23, 33:13, 33:19,
34:2, 34:19
**10** [2] - 27:14, 28:12
**10-year-old** [1] - 21:24
**100** [1] - 1:19
**101** [2] - 1:19, 1:24
**11** [1] - 27:14
**12** [1] - 27:15
**12th** [2] - 18:9, 20:2
**14** [1] - 14:15
**15** [3] - 4:12, 34:8,
37:11
**15th** [1] - 4:1
**17** [2] - 8:9, 9:5
**17th** [2] - 9:18, 42:14
**18** [1] - 2:5
**19** [1] - 27:16
**1A** [1] - 3:1
**1B** [3] - 1:5, 8:11,
15:10

**2**

**2** [1] - 28:23
**20** [1] - 2:6
**2019** [8] - 8:9, 9:5,
9:18, 9:23, 12:4,
15:24, 17:11, 23:7
**2020** [7] - 9:21, 11:3,
12:12, 15:25, 18:9,
20:2, 23:8
**2022** [2] - 1:7, 42:14
**20A** [1] - 27:17
**21201** [3] - 1:13, 1:17,
1:25
**21286** [1] - 1:20
**217** [1] - 1:16
**26** [1] - 24:20
**28** [4] - 1:7, 15:1, 15:2,
42:8
**2:03** [1] - 3:3
**2:57** [1] - 33:6
**2nd** [1] - 35:10

**3**

**3** [1] - 36:22
**3-D1** [2] - 35:24, 36:22
**3-D4** [1] - 36:18
**3.5** [1] - 14:15
**30-minute** [1] - 38:8

**36** [1] - 1:13
**3:09** [1] - 41:3
**3D** [1] - 35:23

**4**

**40** [2] - 29:15, 29:16
**410-962-4753** [1] -
1:25
**41A** [2] - 29:25, 30:2
**42** [3] - 27:5, 27:6,
28:14
**43** [1] - 29:10
**44** [1] - 29:19
**4:00** [1] - 4:14
**4:30** [1] - 4:15
**4th** [1] - 1:24

**5**

**5** [4] - 27:11, 28:11,
35:24, 36:18

**6**

**6** [2] - 27:12, 28:11

**7**

**7** [4] - 14:14, 27:13,
28:12
**753** [1] - 42:8
**7A** [1] - 1:8

**8**

**8** [1] - 2:3
**8-ball** [1] - 14:15

**9**

**9** [1] - 34:9
**9:15** [4] - 26:3, 32:3,
32:6, 33:5

**A**

**Aaron** [1] - 35:12
**Aberdeen** [2] - 8:12,
15:10
**abetted** [1] - 11:4
**abetting** [1] - 11:8
**able** [3] - 18:9, 20:3,
38:7
**above-entitled** [1] -
42:10
**absent** [1] - 7:7
**access** [2] - 40:21,
40:22
**accident** [1] - 10:8

**accusations** [1] -
20:11
**accuse** [1] - 20:4
**acknowledge** [1] - 5:2
**act** [3] - 10:1, 10:2,
23:12
**acts** [3] - 23:7, 23:8,
23:9
**actual** [2] - 31:11,
36:23
**add** [1] - 4:15
**added** [1] - 38:20
**additional** [3] - 34:21,
38:8, 39:9
**address** [9] - 6:13,
8:1, 8:7, 12:3, 12:6,
15:8, 15:9, 34:13
**addressed** [1] - 26:25
**adhere** [1] - 7:8
**adjourn** [4] - 26:1,
26:4, 31:25, 33:2
**adjourning** [1] - 4:13
**adjust** [1] - 7:17
**admissibility** [4] -
27:23, 28:15, 29:16,
30:1
**admonish** [2] - 30:17,
39:24
**admonishment** [3] -
7:19, 31:20, 31:21
**advised** [1] - 35:7
**afford** [1] - 38:6
**afternoon** [6] - 4:10,
4:18, 8:21, 18:4,
34:14, 34:18
**agency** [1] - 13:3
**agent** [1] - 35:17
**agree** [3] - 26:8, 26:9,
36:8
**agreed** [5] - 25:15,
27:8, 29:11, 29:22,
33:16
**agreement** [2] - 11:18,
25:19
**agreements** [1] - 26:6
**ahead** [6] - 4:6, 4:12,
7:17, 20:15, 29:5,
38:2
**aided** [1] - 11:3
**aiding** [1] - 11:8
**airfare** [1] - 17:8
**Airlines** [3] - 27:10,
27:11, 27:12
**allow** [4] - 4:18, 4:23,
6:7, 31:13
**almost** [2] - 8:19, 9:22
**AMERICA** [1] - 1:3
**American** [1] - 27:12
**analogies** [1] - 14:9
**analyst** [1] - 29:13

**Anderson** [7] - 12:1,
12:2, 12:7, 15:7,
15:19, 24:12
**Anderson's** [3] - 15:7,
15:23, 16:2
**answer** [1] - 18:24
**anticipate** [3] - 7:15,
35:10, 38:4
**apart** [2] - 22:16, 39:6
**Apartment** [2] - 8:11,
15:9
**Apartments** [2] - 8:12,
15:10
**applied** [1] - 13:4
**applies** [2] - 5:11, 7:22
**apply** [2] - 7:13, 7:22
**appreciate** [1] - 20:13
**approach** [2] - 6:16,
6:18
**appropriate** [2] -
16:15, 34:4
**approval** [1] - 33:23
**approved** [1] - 25:4
**arguably** [1] - 34:15
**argument** [1] - 35:3
**Arizona** [10] - 12:2,
12:11, 12:15, 15:12,
15:13, 16:7, 16:9,
17:1, 17:4, 17:10
**arrested** [1] - 16:18
**arrival** [1] - 8:10
**arrive** [4] - 3:9, 32:2,
32:4, 32:10
**arrives** [1] - 34:9
**artificial** [1] - 14:24
**assembly** [1] - 7:10
**Assistant** [1] - 1:12
**associated** [1] - 8:18
**attached** [1] - 33:12
**attempted** [1] - 40:21
**attention** [1] - 26:22
**attorney** [2] - 28:17,
28:18
**Attorney's** [1] - 1:22
**attorneys** [2] - 4:7,
30:11
**Attorneys** [1] - 1:12
**Avenue** [1] - 1:19
**Avis** [1] - 27:16

**B**

**BACHMANN** [1] -
42:18
**Bachmann** [2] - 1:23,
42:5
**backstory** [1] - 21:17
**bad** [1] - 24:6
**balance** [1] - 7:5
**Baltimore** [4] - 1:8,

**1**:13, 1:17, 1:25
**base** [2] - 5:8, 9:12
**Based** [1] - 19:5
**basketball** [2] - 14:11,
14:14
**Battee** [1] - 1:21,
35:16
**Beats** [6] - 15:15,
15:16, 15:17, 15:25,
16:2
**became** [2] - 10:6,
10:9
**BEFORE** [1] - 1:10
**begged** [1] - 21:18
**begin** [1] - 25:21
**beginning** [2] - 4:3,
9:6
**behalf** [1] - 26:13
**behind** [4] - 3:6, 4:6,
4:10, 38:3
**belabor** [2] - 28:7,
35:19
**believes** [2] - 3:15,
36:12
**bench** [3] - 4:8, 14:2,
14:20
**benefit** [1] - 28:8
**best** [3] - 34:6, 35:9,
37:24
**between** [15] - 24:7,
24:9, 24:10, 24:11,
24:12, 24:13, 24:19,
24:20, 24:21, 25:19,
27:8, 29:12, 29:22,
34:8, 34:19
**beyond** [2] - 11:15,
18:21
**bikini** [2] - 22:2, 24:6
**bills** [1] - 15:19
**binder** [1] - 37:13
**binders** [1] - 36:9
**bit** [4] - 4:10, 4:13,
18:17, 40:7
**blank** [1] - 26:18
**book** [3] - 36:5, 39:15,
39:17
**books** [1] - 36:2
**boosted** [1] - 8:6
**bound** [1] - 33:16
**box** [7] - 3:8, 15:15,
15:16, 15:17, 15:25,
16:2, 18:17
**brand** [1] - 15:16
**break** [7] - 4:10, 4:17,
4:18, 31:22, 32:12,
34:14
**breaks** [1] - 34:16
**Brian** [1] - 1:21
**brief** [1] - 30:24
**bring** [5] - 6:13, 14:2,

17:9
**brings** [2] - 8:24, 9:3
**brother** [1] - 21:2
**brought** [1] - 12:11
**business** [4] - 27:9, 27:20, 28:10, 28:16

## C

**cake** [2] - 14:6, 14:7
**calculator** [2] - 14:3, 14:21
**Car** [2] - 27:15, 27:16
**car** [6] - 16:7, 16:9, 17:2, 17:12
**carnival** [3] - 21:7, 21:15, 24:1
**carpet** [1] - 18:17
**cars** [1] - 17:9
**case** [41] - 4:21, 4:22, 4:23, 5:3, 5:7, 5:12, 5:25, 6:6, 6:7, 7:3, 9:5, 9:11, 10:2, 10:21, 11:6, 13:4, 13:11, 13:20, 13:21, 17:14, 18:8, 18:14, 19:14, 19:22, 24:8, 25:22, 30:18, 30:20, 30:23, 30:24, 31:13, 31:14, 31:16, 31:18, 32:9, 32:12, 32:13, 32:15, 35:16
**CASE** [1] - 1:4
**cash** [2] - 15:18, 16:1
**Catherine** [3] - 1:15, 1:16, 18:5
**caution** [1] - 13:6
**cell** [1] - 13:5
**certain** [3] - 25:8, 25:19, 34:11
**CERTIFICATE** [1] - 42:1
**Certified** [1] - 42:5
**certify** [1] - 42:8
**chairs** [1] - 32:1
**challenges** [1] - 31:6
**chambers** [4] - 5:23, 33:13, 33:21, 33:23
**chance** [1] - 18:6
**change** [4] - 7:7, 7:16, 34:13, 40:8
**charge** [2] - 20:6, 21:6
**charged** [7] - 9:14, 9:17, 9:20, 10:13, 18:8, 19:10, 19:23
**charges** [1] - 18:10
**Charles** [2] - 1:13, 1:16
**CHE** [1] - 1:5
**Che** [29] - 1:15, 2:4,

8:9, 8:13, 8:14, 9:6, 9:7, 9:14, 9:16, 11:3, 11:10, 11:13, 11:22, 12:6, 12:15, 12:20, 12:24, 13:17, 15:9, 15:20, 16:2, 16:8, 17:7, 17:10, 17:20, 18:7, 24:10, 24:19
**cheap** [1] - 22:9
**Chesapeake** [1] - 1:19
**choosed** [1] - 23:20
**chooses** [3] - 23:15, 23:22, 23:24
**Chris** [1] - 8:21
**Christopher** [1] - 1:11
**circumstances** [1] - 34:12
**clear** [2] - 34:18, 39:20
**CLERK** [4] - 8:2, 28:5, 29:2, 29:4
**client** [5] - 19:10, 19:23, 20:1, 23:2, 24:13
**client's** [1] - 23:3
**clients** [1] - 23:21
**clock** [2] - 14:2, 19:3
**clocks** [1] - 14:20
**close** [3] - 11:6, 12:3, 17:14
**Cloud** [1] - 37:18
**co** [6] - 9:7, 9:8, 10:25, 11:1, 12:17, 12:18
**co-conspirator** [4] - 9:8, 10:25, 11:1, 12:18
**co-defendant** [2] - 9:7, 12:17
**coarse** [1] - 13:9
**cocaine** [30] - 8:19, 9:12, 9:13, 9:16, 9:18, 9:21, 10:3, 10:4, 10:19, 10:24, 11:3, 11:4, 11:20, 11:25, 12:5, 12:10, 12:13, 12:14, 12:16, 12:21, 13:1, 14:6, 14:8, 15:14, 15:24, 16:10, 24:21
**code** [2] - 14:3, 23:24
**coded** [4] - 13:19, 13:20, 19:2, 23:18
**coffee** [1] - 14:25
**collected** [2] - 5:22, 32:1
**collectively** [1] - 6:13
**coming** [2] - 15:12, 19:4
**commenced** [1] - 3:3
**comment** [1] - 32:13
**commercial** [1] -

13:12
**committed** [1] - 10:1
**commonly** [1] - 9:13
**community** [1] - 11:11
**complex** [1] - 7:14
**concern** [2] - 3:18, 6:14
**conclude** [2] - 30:5, 32:18
**concluded** [2] - 30:15, 41:3
**conclusion** [5] - 4:8, 4:9, 5:19, 5:24, 37:25
**conditional** [1] - 34:11
**conduct** [1] - 16:21
**Conference** [1] - 42:12
**confident** [1] - 20:18
**confines** [1] - 7:9
**conformance** [1] - 42:11
**connection** [9] - 9:18, 24:7, 24:9, 24:12, 24:19, 24:20, 24:21, 35:17
**consent** [1] - 33:12
**consistent** [2] - 25:3, 25:14
**conspiracy** [16] - 9:11, 9:25, 10:6, 10:8, 10:9, 10:10, 10:15, 11:17, 11:23, 11:24, 16:6, 16:17, 19:24, 24:10, 24:17, 24:22
**Conspiracy** [2] - 9:11, 9:15
**conspirator** [4] - 9:8, 10:25, 11:1, 12:18
**constructively** [1] - 10:23
**consult** [1] - 4:7
**consultation** [1] - 34:2
**contact** [2] - 4:24, 31:3
**contacting** [1] - 31:8
**contain** [1] - 15:13
**contained** [10] - 12:4, 12:5, 15:14, 16:1, 27:6, 27:10, 27:12, 29:14, 29:24, 39:9
**contains** [1] - 13:9
**context** [1] - 40:8
**continue** [2] - 7:8, 30:17
**conversation** [4] - 36:13, 39:24, 40:1, 40:8
**convict** [1] - 23:21
**copies** [1] - 35:24

**copy** [4] - 33:14, 33:17, 34:1, 37:9
**Corporal** [1] - 35:11
**correct** [4] - 36:10, 36:14, 39:8, 42:9
**counsel** [14] - 3:12, 5:1, 9:2, 25:14, 28:16, 29:17, 30:3, 33:15, 34:18, 35:7, 36:3, 37:10, 37:17, 38:13
**Counsel** [6] - 5:5, 6:16, 6:18, 32:17, 35:8, 40:12
**Count** [8] - 9:14, 9:17, 9:20, 10:22, 10:24, 23:6, 23:12
**count** [1] - 23:5
**Counts** [2] - 10:13, 10:16
**County** [10] - 1:21, 8:12, 11:11, 12:21, 13:2, 15:22, 16:10, 23:22, 23:23, 24:22
**county** [1] - 21:4
**couple** [3] - 20:14, 22:12, 38:7
**course** [6] - 3:16, 5:16, 18:3, 27:19, 32:22, 38:22
**COURT** [52] - 1:1, 3:4, 6:22, 6:24, 8:3, 8:8, 17:22, 17:25, 18:3, 20:20, 20:23, 24:25, 25:10, 25:13, 26:12, 26:14, 27:24, 28:4, 28:6, 28:20, 29:3, 29:5, 30:5, 30:8, 32:22, 32:24, 33:1, 33:7, 33:20, 34:6, 34:23, 35:5, 35:14, 36:8, 36:19, 36:24, 37:2, 37:6, 37:8, 37:15, 37:19, 38:14, 38:22, 38:25, 39:7, 39:12, 39:23, 40:17, 40:20, 40:25, 41:2, 42:18
**Court** [10] - 1:24, 32:21, 33:11, 33:18, 34:21, 37:12, 37:13, 37:14, 42:7
**court** [14] - 3:8, 8:25, 9:3, 20:3, 20:7, 22:17, 25:20, 26:19, 26:23, 28:21, 28:23, 28:25, 30:11, 32:4
**Court's** [4] - 7:15, 8:6, 18:1, 28:23
**courthouse** [2] - 7:13,

31:7
**courtroom** [10] - 4:24, 5:9, 5:17, 6:11, 6:25, 18:9, 27:1, 31:2, 31:11, 31:22
**Courtroom** [1] - 1:8
**crack** [6] - 9:13, 9:16, 10:4, 11:20, 14:8, 24:21
**credibility** [1] - 17:5
**crime** [7] - 9:9, 9:10, 10:10, 10:15, 12:18, 19:23
**crimes** [1] - 19:24
**CRIMINAL** [1] - 1:4
**criminal** [1] - 20:6
**cross** [5] - 34:5, 34:10, 37:23, 38:6, 38:9
**cross-examination** [4] - 34:5, 34:10, 37:23, 38:6
**cross-examined** [1] - 38:9
**CRR** [2] - 1:23, 42:18
**crystal** [1] - 39:20
**CSI** [1] - 13:11
**custodian** [2] - 27:4, 27:9
**custodians** [1] - 25:8, 27:17
**customers** [2] - 13:18, 14:18
**cut** [3] - 4:10, 4:11, 27:25

## D

**dad** [6] - 21:2, 21:12, 21:13, 21:18, 21:24, 22:5
**Dad** [2] - 21:14, 21:19
**Damon** [1] - 1:22
**dark** [1] - 21:25
**Darnell** [1] - 1:18
**date** [1] - 29:3
**Dated** [1] - 42:14
**days** [1] - 22:12
**deal** [1] - 14:18
**dealing** [1] - 23:2
**decide** [5] - 18:14, 18:20, 19:9, 24:15
**decided** [1] - 7:14
**decision** [2] - 5:8, 31:17
**defendant** [4] - 7:2, 9:7, 12:17, 16:8
**Defendant** [2] - 2:4, 2:6
**defendants** [8] - 9:1,

9:25, 10:5, 11:22, 13:23, 14:17, 29:17, 30:3

**Defendants** [2] - 1:6, 1:14

**defense** [11] - 3:12, 16:17, 25:14, 30:22, 33:15, 34:18, 36:3, 37:10, 37:20, 38:11, 38:13

**defer** [1] - 7:4

**define** [1] - 11:7

**deliberate** [1] - 17:16

**deliberations** [2] - 5:13, 32:16

**deliver** [2] - 8:11, 8:15

**Delta** [1] - 27:10

**Department** [2] - 23:22, 23:23

**deputies** [1] - 31:2

**deputy** [4] - 5:17, 6:12, 6:25, 27:1

**designated** [2] - 26:20, 26:21

**desk** [1] - 33:22

**destroy** [1] - 6:1

**Detective** [5] - 29:20, 29:23, 35:12, 35:13, 35:16

**determines** [1] - 16:15

**device** [1] - 26:15

**dictus** [1] - 17:18

**different** [2] - 14:12, 23:7

**digital** [2] - 14:4, 14:19

**dire** [1] - 3:1

**directed** [1] - 19:19

**directing** [1] - 19:18

**directly** [3] - 3:6, 3:7, 3:10

**dirty** [1] - 13:14

**discovery** [1] - 38:16

**discuss** [12] - 4:21, 6:6, 6:7, 6:10, 6:14, 30:17, 30:23, 31:12, 31:13, 32:7, 32:12

**discussed** [1] - 27:19

**discussing** [1] - 4:23

**discussion** [1] - 34:3

**disguise** [1] - 13:23

**disk** [1] - 40:2

**distribute** [8] - 6:17, 10:3, 10:20, 10:21, 11:11, 11:19

**Distribute** [8] - 9:11, 9:12, 9:15, 9:16, 9:17, 9:21, 10:14, 10:17

**distributed** [2] -

12:16, 12:20

**distributing** [1] - 13:1

**distribution** [2] - 11:8, 13:15

**DISTRICT** [2] - 1:1, 1:1

**District** [2] - 42:7

**DIVISION** [1] - 1:2

**document** [3] - 25:18, 26:15

**doll** [7] - 8:16, 8:17, 8:19, 12:5, 15:14, 35:22

**dollar** [1] - 15:18

**dollars** [2] - 21:19, 21:24

**done** [5] - 17:3, 22:22, 23:19, 24:16, 24:23

**door** [1] - 3:7

**DoubleTree** [1] - 27:14

**doubt** [5] - 11:15, 16:16, 18:22, 31:4, 40:21

**down** [2] - 5:15, 39:22

**drinking** [1] - 7:11

**drive** [2] - 16:9, 35:22

**drug** [3] - 13:15, 14:17, 24:22

**drugs** [14] - 11:10, 12:9, 14:4, 14:12, 14:22, 15:2, 15:19, 15:21, 17:9, 17:13, 23:3, 23:4, 23:10, 23:11

**DURBIN** [1] - 1:5

**Durbin** [41] - 1:15, 2:4, 8:9, 8:13, 8:14, 9:1, 9:6, 9:14, 9:16, 10:6, 10:13, 10:18, 11:3, 11:10, 11:13, 11:22, 12:6, 12:16, 12:20, 12:24, 13:17, 15:9, 15:20, 16:8, 17:7, 17:10, 17:20, 18:7, 19:11, 19:15, 19:18, 20:12, 20:17, 20:19, 22:16, 23:9, 24:10, 24:19, 28:17

**Durbin's** [2] - 9:7, 16:2

**during** [7] - 3:16, 4:20, 5:15, 5:19, 30:13, 32:12

## E

**earliest** [1] - 32:5

**early** [1] - 34:16

**easier** [1] - 36:4

**eat** [1] - 7:14

**eating** [1] - 7:11

edited [1] - 13:13

**effect** [1] - 33:24

**efficient** [1] - 30:12

**effort** [1] - 35:8

**either** [4] - 4:22, 10:23, 34:14, 38:13

**electronic** [3] - 35:21, 35:25

**element** [3] - 10:5, 11:16, 19:23

**elements** [3] - 9:24, 10:16, 10:18

**elevated** [2] - 18:17, 18:18

**elicit** [1] - 16:21

**Elmo** [1] - 26:11

**end** [16] - 3:11, 4:3, 4:13, 5:3, 5:4, 5:10, 5:22, 6:14, 9:6, 19:14, 19:22, 20:5, 20:6, 20:18, 31:8, 34:7

**ended** [2] - 26:21, 31:6

**enforcement** [3] - 13:21, 16:18, 19:4

**engaged** [3] - 7:19, 7:20, 16:21

**entered** [1] - 11:18

**entire** [2] - 5:10, 20:18

**entities** [1] - 27:20

**entitled** [2] - 7:2, 42:10

**entranceway** [1] - 33:3

**equally** [1] - 26:9

**equipment** [1] - 26:15

**Esquire** [4] - 1:11, 1:12, 1:15, 1:18

**essence** [1] - 9:8

**establish** [1] - 11:14

**estimate** [2] - 4:2, 4:5

**evening** [1] - 33:5

**event** [6] - 3:25, 4:13, 6:8, 6:9, 31:5, 31:10

**eventually** [1] - 5:12

**evidence** [34] - 3:14, 3:15, 5:3, 5:9, 5:11, 6:4, 7:5, 9:19, 10:2, 10:18, 10:22, 10:25, 11:14, 11:21, 11:23, 15:4, 17:1, 17:2, 18:12, 18:13, 19:13, 19:17, 20:11, 22:23, 23:1, 23:18, 25:2, 25:15, 28:16, 30:13, 31:18, 40:2, 40:3

**evidentiary** [2] - 30:6, 30:15

**ex** [3] - 33:12, 33:15,

33:16

**exactly** [1] - 40:23

**examination** [4] - 34:5, 34:10, 37:23, 38:6

**examine** [2] - 23:14, 24:8

**examined** [1] - 38:9

**example** [2] - 35:10, 36:4

**except** [1] - 4:25

**exception** [1] - 4:4

**exchange** [1] - 4:25

**excited** [2] - 22:1, 22:17

**exclusively** [2] - 5:3, 31:18

**excuse** [1] - 34:15

**excused** [2] - 30:16, 33:6

**Exhibit** [19] - 27:5, 27:6, 27:11, 27:12, 27:13, 27:14, 27:15, 27:16, 27:17, 28:14, 28:23, 29:15, 29:16, 29:19, 33:13, 33:19, 34:2, 34:19

**exhibit** [2] - 35:23, 37:12

**exhibits** [9] - 27:18, 28:11, 38:12, 38:13, 38:20, 38:24, 39:2, 39:9, 39:10

**Exhibits** [2] - 29:25, 30:2

**exit** [1] - 31:22

**expect** [1] - 4:17

**expected** [2] - 3:21, 34:7

**experience** [1] - 19:5

**expertise** [1] - 19:5

**explain** [1] - 5:11

**extensive** [1] - 34:15

**extent** [3] - 26:21, 37:21, 38:3

**extraordinaire** [1] - 40:11

**extremely** [1] - 20:16

## F

**Facebook** [1] - 31:15

**fact** [5] - 9:5, 9:22, 17:2, 18:21

**facts** [5] - 16:23, 18:13, 18:19, 19:20, 25:19

**failed** [5] - 24:17, 24:18, 24:19, 24:21

**Fair** [1] - 21:3

**fair** [2] - 21:4, 35:4

**fairly** [3] - 4:14, 30:16, 37:23

**fairs** [3] - 21:2, 21:3, 21:4

**fake** [2] - 12:2, 12:8

**false** [1] - 12:3

**family** [1] - 21:2

**fancy** [2] - 21:3, 24:3

**fantastic** [2] - 21:10, 21:15

**far** [1] - 25:15

**February** [1] - 1:7

**Federal** [1] - 1:24

**federal** [2] - 10:11, 10:15

**FEDERAL** [1] - 42:18

**fellow** [3] - 6:10, 6:15, 7:10

**few** [2] - 3:11, 13:12

**field** [1] - 21:5

**figure** [2] - 40:19, 40:24

**figured** [3] - 13:23, 13:25

**final** [4] - 29:18, 32:9, 33:4, 38:10

**findings** [2] - 29:14, 29:24

**fine** [1] - 28:3

**fingerprints** [5] - 12:9, 12:10, 15:23, 16:3

**finished** [1] - 6:25

**first** [8] - 9:22, 10:1, 11:16, 25:1, 25:22, 27:4, 28:9

**fit** [2] - 23:16, 23:20

**five** [2] - 21:19, 21:24

**flights** [1] - 17:1

**Floor** [3] - 1:13, 1:16, 1:24

**flying** [1] - 16:6

**FLYNN** [9] - 6:21, 17:24, 18:1, 18:4, 32:23, 39:1, 39:5, 39:11, 40:24

**Flynn** [10] - 1:15, 1:16, 2:5, 17:23, 18:5, 20:20, 23:17, 28:17, 32:22, 34:1

**fold** [1] - 26:24

**folks** [2] - 12:23, 13:10

**following** [3] - 3:24, 3:25, 27:7

**follows** [2] - 29:11, 29:21

**football** [1] - 14:13

**FOR** [1] - 1:1

**Force** [1] - 13:3

**forecast** [1] - 31:4

**foregoing** [1] - 42:8
**forensic** [1] - 29:12
**foreperson** [2] - 26:21, 26:25
**form** [1] - 31:21
**format** [1] - 42:11
**forth** [2] - 26:7, 28:12
**Four** [1] - 23:12
**four** [1] - 35:16
**Fourth** [1] - 1:13
**free** [2] - 26:5, 32:4
**Friday** [1] - 33:13
**friend** [1] - 30:19
**front** [3] - 22:10, 36:5, 40:6

## G

**game** [3] - 8:18, 13:14, 15:3
**garble** [1] - 39:20
**Gasque** [3] - 1:22, 40:10, 40:21
**gasque** [1] - 37:11
**gentlemen** [20] - 3:5, 8:20, 9:10, 10:10, 11:9, 11:21, 12:9, 14:3, 14:23, 15:11, 16:13, 17:14, 18:5, 19:12, 25:13, 26:6, 26:14, 29:7, 30:9, 33:1
**GEORGE** [1] - 1:10
**given** [2] - 7:4, 37:17
**GLR-20-0210** [1] - 1:4
**Government** [25] - 2:3, 3:11, 7:1, 9:24, 11:16, 12:22, 17:6, 19:1, 19:18, 19:22, 20:4, 20:9, 22:19, 23:10, 23:15, 24:1, 24:17, 25:14, 25:16, 26:7, 26:14, 28:17, 39:3, 39:21, 40:20
**Government's** [24] - 10:17, 10:22, 10:25, 11:14, 11:20, 23:20, 27:11, 27:12, 27:13, 27:14, 27:15, 27:16, 27:17, 28:11, 28:14, 29:10, 29:15, 29:16, 29:19, 29:25, 30:1, 30:6, 40:16
**gram** [3] - 14:23, 14:25, 15:1
**grams** [6] - 14:14, 14:15, 14:18, 15:2, 24:20
**great** [1] - 38:1
**greeting** [1] - 4:25

**guess** [3] - 15:25, 30:19, 35:11
**guesstimate** [1] - 35:9
**guesswork** [1] - 23:21
**guilty** [8] - 9:25, 11:5, 17:21, 18:10, 20:4, 20:8, 20:19, 24:24
**guys** [1] - 38:3

## H

**half** [5] - 14:11, 14:15, 14:16, 34:9, 38:5
**half-hour** [2] - 34:9, 38:5
**half-time** [1] - 14:15
**Hamilton** [3] - 1:12, 8:22, 8:25
**hand** [2] - 6:12, 10:21
**handle** [2] - 32:18, 35:2
**hands** [2] - 23:4
**hard** [4] - 14:5, 14:7, 32:14
**Harford** [10] - 1:21, 8:12, 11:11, 12:21, 13:2, 15:22, 16:10, 23:22, 23:23, 24:22
**head** [1] - 22:4
**headphone** [1] - 15:15
**headphones** [1] - 15:15
**hear** [23] - 7:3, 11:2, 11:23, 12:20, 12:23, 12:25, 13:7, 13:17, 14:1, 14:5, 14:9, 14:10, 14:11, 15:4, 15:5, 16:4, 16:5, 16:19, 22:19, 31:18, 36:17, 40:3
**heard** [3] - 7:6, 8:17, 36:17
**hearing** [1] - 5:4
**heck** [1] - 23:15
**held** [1] - 42:10
**help** [1] - 6:3
**helpful** [1] - 37:19
**hereby** [1] - 42:7
**Herndon** [4] - 7:25, 31:1, 32:2, 33:3
**hit** [1] - 15:22
**Honor** [38] - 6:20, 6:21, 8:2, 8:5, 9:2, 16:14, 17:24, 18:19, 25:3, 25:4, 25:9, 25:12, 26:10, 27:3, 27:21, 28:3, 28:5, 28:8, 29:2, 29:18, 30:4, 32:20, 32:23, 33:10, 33:25, 34:17,

35:6, 35:19, 36:3, 37:10, 39:1, 39:4, 39:8, 40:10, 41:1
**HONORABLE** [1] - 1:10
**hook** [2] - 21:17, 24:2
**hope** [2] - 16:12, 16:13
**hopefully** [1] - 34:19
**horrible** [1] - 22:2
**Hotel** [3] - 27:13, 27:14, 27:15
**hour** [4] - 7:4, 13:12, 34:9, 38:5
**huddle** [1] - 36:6
**hundred** [1] - 15:18
**hung** [1] - 22:4

## I

**Identification** [2] - 36:10, 37:4
**III** [1] - 1:10
**important** [5] - 5:2, 19:20, 20:15, 20:16, 31:23
**importantly** [1] - 15:17
**IN** [1] - 1:1
**incidentally** [1] - 12:10
**inclement** [1] - 31:5
**including** [4] - 9:7, 12:17, 30:13, 30:22
**incorrectly** [1] - 40:7
**indeed** [1] - 5:24
**independent** [2] - 10:11, 31:14
**independently** [1] - 19:24
**indicated** [6] - 3:5, 4:2, 6:6, 7:2, 31:12, 40:11
**indicates** [1] - 28:14
**indictment** [1] - 20:6
**individual** [2] - 26:24, 37:24
**inferences** [1] - 20:10
**information** [1] - 31:3
**inquire** [1] - 34:20
**inside** [7] - 8:19, 15:14, 15:17, 21:11, 21:25, 24:4, 26:23
**Inspector** [1] - 35:13
**instance** [1] - 19:1
**instances** [1] - 23:7
**instead** [1] - 38:2
**instruct** [2] - 3:20, 25:10
**instructed** [1] - 18:12
**instruction** [1] - 31:21

**instructions** [4] - 11:6, 26:4, 32:16, 33:4
**intend** [2] - 35:9, 38:12
**intended** [3] - 10:20, 11:10, 21:18
**Intent** [6] - 9:12, 9:15, 9:17, 9:20, 10:14, 10:17
**intent** [2] - 10:3, 11:19
**intently** [1] - 22:18
**intercept** [1] - 13:5
**interfere** [1] - 6:4
**internal** [1] - 7:15
**internet** [1] - 8:18
**interpret** [1] - 36:16
**interpretation** [1] - 40:4
**interrupt** [1] - 28:20
**interruptions** [1] - 13:12
**interviewed** [1] - 16:18
**investigate** [2] - 5:7, 31:16
**investigating** [1] - 13:3
**involved** [1] - 14:17
**issue** [1] - 34:9
**issued** [1] - 33:24
**IT** [1] - 1:22
**items** [1] - 25:25

## J

**Jack** [9] - 12:1, 12:2, 12:7, 15:6, 15:7, 15:19, 15:23, 16:1
**jail** [2] - 16:20, 16:21
**Jamika** [10] - 11:1, 12:11, 16:3, 16:4, 16:11, 16:16, 17:6, 17:7, 17:13, 24:12
**January** [1] - 42:14
**Jaron** [1] - 1:15
**Jason** [2] - 1:12, 8:22
**jersey** [1] - 14:14
**job** [5] - 20:15, 21:10, 21:16, 24:15, 31:23
**jot** [1] - 5:15
**Judge** [6] - 1:10, 9:2, 11:7, 16:14, 20:22, 22:25
**judge** [5] - 6:23, 13:4, 18:12, 18:19, 39:14
**judges** [5] - 16:22, 17:5, 18:13, 18:19, 19:20
**judging** [1] - 5:3

**judicial** [1] - 30:22
**Judicial** [1] - 42:12
**juror** [2] - 5:17, 26:24
**jurors** [13] - 6:11, 6:15, 7:10, 7:22, 8:25, 16:22, 28:8, 32:11, 36:1, 36:3, 36:4, 36:7, 37:11
**jury** [23] - 3:5, 3:6, 3:8, 3:10, 5:20, 7:9, 7:12, 8:7, 17:15, 18:17, 22:22, 26:2, 30:10, 30:20, 32:18, 32:21, 33:9, 34:16, 36:9, 36:11, 38:2, 39:23
**Jury** [2] - 3:1, 33:6
**JURY** [1] - 1:9

## K

**Kayte** [2] - 29:10, 29:13
**keep** [4] - 5:9, 6:2, 19:16, 19:20
**keeping** [1] - 22:11
**kilo** [5] - 10:24, 11:3, 12:5, 12:10, 15:13
**kilogram** [4] - 8:19, 8:20, 9:21, 15:1
**kilos** [4] - 12:14, 15:24, 16:10, 35:22
**kind** [4] - 15:15, 21:6, 22:8, 39:18
**knocks** [1] - 38:5
**knowingly** [2] - 10:7, 10:9
**known** [1] - 9:13
**knows** [1] - 21:13

## L

**labeled** [3] - 28:11, 29:9, 35:23
**lack** [2] - 24:9, 24:10
**ladies** [19] - 3:4, 8:20, 9:10, 10:10, 11:9, 11:21, 12:9, 14:3, 14:23, 15:11, 16:13, 17:14, 18:4, 25:13, 26:6, 26:14, 29:7, 30:8, 33:1
**landed** [1] - 16:20
**language** [9] - 13:7, 13:8, 13:10, 13:13, 13:16, 13:19, 13:20, 19:2, 23:18
**last** [2] - 3:22, 33:11
**latent** [1] - 29:12
**Latin** [1] - 17:18
**laughing** [1] - 22:5

**laughs** [1] - 21:13
**law** [9] - 5:11, 10:11, 10:12, 10:15, 13:21, 16:18, 18:20, 19:4, 32:16
**Law** [3] - 1:16, 1:19, 13:11
**lawyers** [4] - 3:19, 4:25, 7:18, 32:7
**leads** [1] - 35:18
**learn** [3] - 9:4, 9:19, 17:12
**learned** [1] - 22:6
**least** [2] - 30:12, 34:11
**leave** [4] - 32:1, 32:2, 33:2, 33:4
**left** [1] - 3:7
**legs** [1] - 4:19
**lengthy** [1] - 4:14
**lesson** [1] - 22:6
**LEVI** [1] - 1:10
**liar** [1] - 16:16
**lied** [1] - 16:17
**Life** [1] - 31:15
**light** [2] - 26:16, 37:23
**line** [1] - 21:17
**lines** [1] - 38:9
**list** [3] - 37:22, 38:19, 40:16
**listen** [3] - 22:18, 39:19
**listening** [3] - 6:5, 13:21, 19:17
**live** [2] - 25:5, 25:21
**lived** [1] - 12:2
**local** [2] - 7:8, 21:4
**located** [2] - 3:6, 8:12
**location** [1] - 5:23
**Lombard** [1] - 1:24
**look** [3] - 19:12, 22:23
**looking** [1] - 31:4
**Low** [1] - 14:24
**luckily** [1] - 30:10
**lunch** [3] - 3:9, 4:11, 7:14

## M

**Mail** [1] - 15:6
**mailed** [3] - 12:4, 15:6, 15:9
**mailman** [2] - 8:11, 8:15
**maintained** [1] - 27:19
**makeup** [2] - 22:2, 24:6
**man** [3] - 12:1, 12:18, 21:24
**manifests** [1] - 25:19
**Mann** [11] - 1:18, 1:19,

2:6, 6:22, 19:11, 20:21, 24:25, 28:18, 32:24, 34:1, 39:12
**MANN** [9] - 6:23, 20:22, 20:24, 32:25, 39:13, 40:5, 40:13, 40:15, 40:19
**manner** [1] - 30:12
**map** [1] - 3:14
**March** [2] - 4:1, 35:10
**marked** [4] - 5:16, 28:23, 36:10, 37:4
**marking** [1] - 6:25
**MARYLAND** [1] - 1:1
**Maryland** [13] - 1:8, 1:13, 1:17, 1:20, 1:25, 8:13, 12:15, 15:12, 15:13, 17:4, 17:10, 21:3, 42:7
**mask** [5] - 7:20, 7:24, 8:7, 18:2, 20:25
**masked** [2] - 7:12, 7:21
**masking** [2] - 7:8, 7:15
**matter** [2] - 34:21, 42:10
**matters** [3] - 20:7, 32:7, 32:20
**mean** [13] - 14:21, 18:25, 19:6, 19:7, 19:8, 23:24, 24:14, 24:15, 26:8, 27:25, 35:18, 38:3
**means** [5] - 10:21, 17:18, 19:3
**meet** [1] - 18:6
**meeting** [1] - 24:18
**members** [3] - 10:6, 10:8, 11:24
**mentioned** [1] - 3:21
**Merit** [1] - 42:6
**mermaid** [7] - 21:10, 21:11, 21:12, 21:14, 21:17, 21:21, 22:4
**message** [2] - 36:2, 36:23
**messages** [9] - 12:25, 13:1, 13:5, 13:9, 35:25, 36:15, 36:19, 36:22, 36:24
**met** [1] - 34:12
**metric** [1] - 14:18
**Michael** [10] - 12:19, 12:24, 13:18, 14:10, 14:13, 24:13, 29:20, 29:23, 35:13
**mid** [5] - 4:10, 4:17, 4:18, 34:14
**mid-afternoon** [3] -

4:10, 4:18, 34:14
**mid-morning** [2] - 4:17, 34:14
**might** [7] - 4:11, 4:15, 13:21, 14:24, 32:11, 34:23, 38:9
**Mike** [1] - 15:21
**mind** [5] - 5:9, 6:2, 19:16, 22:11, 22:24
**minds** [1] - 24:18
**Minecraft** [4] - 8:16, 8:19, 12:5, 35:21
**minute** [1] - 13:6
**minutes** [3] - 4:11, 4:12, 34:8
**missing** [2] - 22:21, 24:7
**mistake** [2] - 11:9
**mom** [1] - 21:2
**moment** [1] - 6:17
**moments** [1] - 3:11
**Monday** [3] - 1:7, 3:24, 32:3
**money** [8] - 11:13, 15:3, 15:4, 15:19, 15:20, 21:12, 22:23
**monitor** [2] - 27:25, 28:1
**monitors** [4] - 26:16, 26:17, 28:22, 29:7
**month** [2] - 20:2
**morning** [7] - 3:9, 4:17, 26:3, 32:11, 34:7, 34:14, 34:20
**most** [1] - 35:21
**mostly** [1] - 15:18
**motion** [2] - 33:11, 33:14
**motivation** [1] - 11:14
**mouths** [1] - 22:21
**MR** [43] - 6:20, 6:23, 8:5, 8:9, 20:22, 20:24, 25:3, 25:12, 26:10, 26:13, 27:3, 28:3, 28:7, 29:6, 30:7, 32:20, 32:25, 33:10, 33:25, 34:17, 35:4, 35:6, 35:15, 36:14, 36:21, 37:1, 37:5, 37:7, 37:9, 37:17, 38:10, 38:18, 38:23, 39:4, 39:8, 39:13, 40:5, 40:10, 40:13, 40:14, 40:15, 40:19, 41:1
**MS** [9] - 6:21, 17:24, 18:1, 18:4, 32:23, 39:1, 39:5, 39:11, 40:24
**must** [3] - 5:8, 9:24,

4:10, 4:18, 34:14
11:17

## N

**Nadine** [2] - 1:23, 42:5
**NADINE** [1] - 42:18
**name** [11] - 11:1, 12:1, 12:2, 12:8, 12:19, 14:10, 15:3, 15:7, 15:8, 15:16, 18:5
**Narcotics** [1] - 13:2
**narrative** [4] - 19:7, 23:16, 23:20, 23:25
**National** [1] - 27:15
**near** [1] - 4:9
**necessarily** [2] - 7:13, 26:8
**need** [16] - 3:25, 6:16, 6:18, 7:25, 14:19, 14:22, 19:11, 19:12, 28:24, 32:7, 32:21, 33:8, 33:17, 34:3, 34:21, 35:1
**never** [1] - 8:17
**new** [1] - 35:20
**next** [3] - 20:14, 22:12, 29:9
**nice** [2] - 21:8, 33:5
**NO** [1] - 1:4
**none** [2] - 16:24, 18:11
**North** [1] - 1:16
**NORTHERN** [1] - 1:2
**note** [7] - 6:4, 6:11, 6:12, 26:18, 26:22, 26:24, 32:9
**note-taking** [1] - 6:4
**notebook** [1] - 5:14
**notebooks** [4] - 6:17, 6:25, 32:1, 36:9
**notepad** [1] - 5:16
**notepads** [1] - 5:20
**notes** [10] - 5:15, 5:22, 5:24, 5:25, 6:2, 6:3, 28:1, 28:22, 28:23, 31:9
**nothing** [4] - 23:21, 24:4, 24:5, 39:20
**noticed** [1] - 18:16
**number** [6] - 5:17, 12:17, 12:21, 14:14, 26:20, 26:24

## O

**objections** [4] - 3:17, 3:18, 3:19, 3:20
**obligation** [3] - 5:6, 37:20, 38:15
**obtain** [1] - 16:7

**occur** [2] - 6:9, 6:10
**occurred** [1] - 26:23
**occurs** [2] - 6:8, 31:10
**OF** [3] - 1:1, 1:3, 42:1
**offended** [1] - 5:4
**offense** [4] - 5:1, 10:11, 10:12, 10:13
**Office** [3] - 1:16, 1:21, 1:22
**Offices** [1] - 1:19
**OFFICIAL** [2] - 42:1, 42:18
**Official** [1] - 1:24
**old** [2] - 21:1, 21:11
**once** [4] - 12:15, 15:21, 16:8, 16:20
**One** [1] - 9:14
**one** [30] - 5:21, 5:23, 10:18, 11:12, 13:11, 13:24, 14:16, 14:21, 14:25, 21:1, 21:3, 21:4, 21:8, 23:10, 26:9, 26:20, 27:25, 28:18, 31:1, 32:9, 34:16, 35:14, 35:15, 37:10, 38:10, 38:20, 39:25, 40:3
**one-half** [1] - 14:16
**ones** [6] - 15:24, 15:25, 18:14, 18:20, 19:8, 24:1
**open** [4] - 5:9, 22:11, 25:20, 32:5
**opening** [3] - 3:12, 3:13, 6:19, 7:1, 7:3, 8:4, 17:23, 18:12, 20:21, 30:14
**OPENING** [1] - 2:2
**openings** [1] - 8:1
**operates** [1] - 13:15
**opinion** [2] - 4:21, 19:3
**opportunity** [1] - 4:18
**opposed** [1] - 36:6
**option** [1] - 3:12
**oral** [2] - 33:23, 35:2
**orally** [1] - 35:2
**Order** [1] - 13:11
**order** [11] - 7:4, 9:25, 33:12, 33:14, 33:15, 33:17, 33:20, 33:24, 34:11
**ordinary** [1] - 27:19
**otherwise** [2] - 3:20, 25:20
**ounce** [2] - 14:16, 15:2
**outside** [5] - 4:24, 7:13, 25:15, 32:7, 33:8

**outstanding** [1] - 31:2
**overhear** [1] - 4:23
**overt** [4] - 23:6, 23:8, 23:9, 23:12
**own** [4] - 5:8, 22:17, 26:24, 31:16

## P

**p.m** [3] - 3:3, 33:6, 41:3
**Pachkoski** [2] - 29:20, 29:23
**package** [15] - 8:11, 8:15, 8:16, 9:18, 9:22, 12:4, 12:8, 15:5, 15:6, 15:8, 15:11, 15:13, 15:14, 15:16, 17:11
**packages** [3] - 12:13, 12:14, 15:2
**packet** [1] - 14:23
**pads** [1] - 33:2
**page** [3] - 28:9, 28:13, 42:11
**PAGE** [1] - 2:2
**paid** [4] - 16:7, 17:8, 21:24
**pandemic** [1] - 30:9
**paper** [1] - 39:22
**paralegal** [1] - 40:10
**parking** [1] - 21:5
**part** [7] - 8:24, 9:3, 10:9, 11:22, 16:5, 38:20, 40:15
**parte** [3] - 33:12, 33:15, 33:17
**particular** [1] - 26:4
**particularly** [1] - 4:15
**parties** [15] - 4:25, 6:13, 25:4, 25:16, 25:19, 25:24, 26:7, 27:8, 27:22, 28:14, 29:12, 29:15, 29:22, 29:25
**partner** [2] - 9:8, 12:18
**pass** [2] - 26:25, 31:9
**patiently** [1] - 8:10
**pay** [1] - 15:19
**Pecukaitis** [1] - 35:13
**peeking** [1] - 20:3
**peel** [2] - 24:4, 24:8
**people** [2] - 12:17, 12:21
**per** [2] - 21:6, 35:1
**permission** [3] - 8:7, 13:4, 18:1
**permitted** [1] - 5:21
**person** [5] - 4:22, 12:1, 26:20, 31:8,

31:9
**person's** [2] - 39:25, 40:4
**personnel** [1] - 30:11
**persons** [2] - 10:1, 11:18
**pertains** [1] - 29:10
**PG** [1] - 13:13
**phone** [6] - 13:5, 13:8, 36:15, 36:20, 36:21, 37:3
**physically** [1] - 11:2, 11:5, 36:22
**picked** [2] - 23:19, 30:20
**picks** [3] - 23:15, 23:22, 23:24
**piece** [2] - 22:2, 24:6
**place** [3] - 3:1, 5:20, 28:25
**placing** [1] - 17:11
**Plaintiff** [2] - 1:3, 1:11
**plan** [1] - 39:16
**player** [1] - 14:13
**pleasure** [3] - 8:8, 17:25, 20:23
**point** [3] - 35:23, 38:14, 38:15
**police** [1] - 13:3
**policies** [1] - 7:15
**pool** [1] - 14:14
**portion** [2] - 25:21, 34:25
**portrayed** [1] - 16:16
**position** [1] - 18:18
**possess** [2] - 10:3, 11:19
**Possess** [2] - 9:11, 9:15
**possessed** [6] - 9:23, 10:19, 10:23, 11:2, 11:5, 11:10
**Possession** [4] - 9:17, 9:20, 10:14, 10:17
**possession** [2] - 11:4, 11:7
**possible** [1] - 30:25
**Postal** [1] - 35:13
**potential** [1] - 34:10
**powder** [2] - 11:19, 14:6
**powerful** [1] - 40:5
**preliminary** [2] - 32:6, 34:11
**prepare** [2] - 36:8, 36:9
**prepared** [2] - 32:5, 36:2
**presence** [3] - 25:16, 32:8, 33:9

**present** [2] - 25:17, 26:5
**Present** [1] - 1:21
**presentation** [7] - 7:5, 20:18, 25:2, 25:15, 30:6, 30:13, 30:15
**presented** [9] - 5:9, 19:13, 22:23, 22:25, 23:6, 25:20, 25:24, 34:5, 39:23
**pretrial** [1] - 16:20
**previously** [1] - 25:4
**primarily** [1] - 16:6
**print** [1] - 29:13
**prints** [1] - 16:2
**problem** [1] - 40:24
**Proceeding** [1] - 41:3
**proceedings** [2] - 26:19, 42:10
**Proceedings** [1] - 3:3
**process** [2] - 20:17, 30:22
**productively** [1] - 32:17
**profane** [1] - 13:9
**progress** [1] - 27:25
**promise** [1] - 30:23
**promises** [1] - 16:13
**promoted** [1] - 35:12
**prosecutors** [2] - 9:1, 30:22
**protective** [1] - 33:12
**protocol** [1] - 7:7
**prove** [10] - 9:24, 11:17, 12:22, 19:8, 20:9, 24:17, 24:18, 24:20, 24:21
**proven** [8] - 18:15, 18:21, 18:23, 19:6, 19:9, 19:22
**provide** [3] - 4:5, 33:19, 34:1
**provided** [3] - 5:14, 39:2, 39:14
**pulled** [1] - 21:25
**pun** [1] - 21:18
**purposes** [3] - 26:19, 28:21, 31:22
**pursuant** [1] - 42:8
**put** [7] - 5:23, 15:15, 26:13, 26:24, 29:3, 34:8, 38:8
**puts** [1] - 26:15
**putting** [3] - 24:3, 26:7, 39:22

## Q

**quantity** [1] - 23:11
**questionable** [2] - 6:8,

6:10
**questions** [1] - 22:25
**quick** [1] - 28:20
**quickly** [1] - 30:16
**Quinta** [1] - 27:13
**quite** [1] - 30:9

## R

**raising** [1] - 5:18
**reach** [1] - 19:15
**reaching** [1] - 31:8
**read** [6] - 5:24, 6:12, 13:8, 34:24, 36:1, 36:4
**reading** [2] - 6:1, 25:18
**reads** [2] - 29:11, 29:20
**ready** [2] - 8:2, 29:8
**real** [7] - 12:3, 13:10, 13:14, 15:7, 15:8, 21:11, 21:14
**realized** [1] - 22:3
**really** [7] - 9:5, 13:15, 18:5, 22:1, 23:14, 28:20, 40:7
**Realtime** [1] - 42:5
**reason** [3] - 11:12, 26:17
**reasonable** [2] - 11:15, 18:22
**receive** [2] - 28:22, 28:24
**received** [3] - 13:4, 33:13, 38:12
**Recess** [1] - 3:2
**recesses** [3] - 3:8, 4:20, 5:19
**record** [10] - 8:5, 27:5, 28:13, 28:21, 28:24, 28:25, 29:9, 29:18, 35:7, 38:10
**recorded** [2] - 23:13, 23:15
**records** [12] - 17:2, 25:8, 27:5, 27:9, 27:10, 27:11, 27:16, 27:18, 28:10, 28:16
**reduced** [1] - 16:12
**references** [3] - 14:6, 14:12, 28:10
**refers** [2] - 10:12, 14:15
**reflected** [1] - 27:18
**regard** [8] - 10:22, 10:24, 13:16, 25:7, 28:2, 30:9, 32:16, 36:14
**regarding** [5] - 19:15,

27:4, 29:13, 29:19, 29:24
**Registered** [1] - 42:6
**regulations** [1] - 42:11
**reintroduce** [1] - 8:21
**related** [2] - 28:22, 31:17
**relation** [2] - 23:8, 23:9
**release** [1] - 16:20
**remain** [2] - 7:12, 7:21
**remember** [4] - 6:3, 14:13, 15:23, 22:13
**remove** [2] - 7:20, 18:2
**render** [1] - 17:17
**Rental** [2] - 27:15, 27:16
**rental** [5] - 16:7, 16:8, 17:2, 17:8
**report** [4] - 3:10, 29:14, 29:16
**Reported** [1] - 1:23
**reported** [1] - 42:9
**Reporter** [3] - 1:24, 42:5, 42:6
**REPORTER** [2] - 42:1, 42:18
**reports** [2] - 29:24, 30:1
**represent** [3] - 8:22, 18:7, 19:11
**represented** [1] - 33:16
**represents** [1] - 19:11
**required** [2] - 7:2, 38:21
**requirements** [1] - 7:9
**research** [2] - 5:7, 31:14
**resist** [3] - 30:18, 32:12, 32:14
**resolved** [1] - 34:23
**respect** [2] - 7:10, 30:21
**response** [1] - 33:16
**responsibilities** [1] - 31:24
**restroom** [1] - 4:19
**retire** [1] - 17:15
**return** [1] - 26:2
**returning** [1] - 22:15
**reverse** [1] - 5:17
**review** [2] - 5:21, 34:19
**reviewed** [1] - 34:25
**ride** [1] - 21:6
**rip** [2] - 5:25, 37:1
**Risch** [1] - 1:19
**RMR** [2] - 1:23, 42:18

road [1] - 3:14
role [4] - 7:19, 7:21,
16:6, 16:17
Romano [19] - 1:11,
2:3, 8:3, 8:22, 17:22,
18:11, 19:2, 23:5,
25:1, 26:5, 27:2,
27:24, 28:2, 28:21,
29:5, 32:19, 33:8,
37:25, 38:7
ROMANO [34] - 6:20,
8:5, 8:9, 25:3, 25:12,
26:10, 26:13, 27:3,
28:3, 28:7, 29:6,
30:7, 32:20, 33:10,
33:25, 34:17, 35:4,
35:6, 35:15, 36:14,
36:21, 37:1, 37:5,
37:7, 37:9, 37:17,
38:10, 38:18, 38:23,
39:4, 39:8, 40:10,
40:14, 41:1
Romano's [1] - 37:22
room [12] - 3:5, 3:6,
3:10, 5:20, 7:10,
7:12, 17:15, 18:6,
18:17, 22:23, 26:2,
36:11
row [1] - 22:10
rule [1] - 3:18
rules [1] - 7:8
ruling [1] - 34:10
rulings [1] - 3:19
run [3] - 3:22, 3:23,
40:6
running [6] - 4:5, 4:6,
4:9, 4:12, 38:2
RUSSELL [1] - 1:10
Russell [3] - 9:2, 11:7,
16:15

## S

Sandruck [1] - 35:12
sanitized [1] - 13:12
saw [1] - 22:2
scale [4] - 14:4, 14:21,
14:22, 19:3
scales [1] - 14:19
schedule [4] - 4:6,
4:12, 38:2, 38:3
scheduling [1] - 37:21
scope [1] - 34:10
screaming [1] - 21:9
screen [1] - 36:6
se [1] - 35:2
seal [1] - 33:14
sealing [1] - 33:14
seat [2] - 5:21, 26:20
seated [2] - 31:10,

33:7
seats [1] - 22:9
second [2] - 10:5,
10:19, 28:13
Second [1] - 1:16
secure [1] - 5:23
see [27] - 12:25, 13:14,
14:23, 15:5, 17:1,
17:2, 17:3, 17:11,
21:12, 21:15, 21:16,
21:20, 22:19, 22:21,
22:24, 23:2, 23:3,
23:4, 23:23, 24:5,
24:9, 24:10, 28:11,
29:7, 33:5, 41:2
seem [1] - 22:7
seized [3] - 12:13,
12:15, 17:13
selection [1] - 30:10
sell [1] - 10:21
selling [2] - 15:2,
15:21
send [1] - 34:18
sender [1] - 15:8
sensational [1] - 21:9
sense [1] - 37:8
sent [1] - 15:6
sentence [3] - 16:12,
16:14, 16:15
separate [6] - 10:11,
10:15, 19:15, 22:16,
39:5, 39:13
separately [1] - 19:12
Sergeant [1] - 35:12
serious [1] - 22:9
seriously [1] - 20:16
set [1] - 21:5
sets [1] - 21:5
share [1] - 38:21
shared [1] - 36:6
sheet [1] - 19:14
shepherd [1] - 31:1
Sheriff's [3] - 1:21,
23:22, 23:23
short [1] - 4:16
shorter [1] - 4:3
show [10] - 3:15, 9:19,
10:2, 10:18, 10:23,
10:25, 11:21, 13:11,
24:16, 26:17
showed [1] - 13:1
shows [1] - 22:19
side [6] - 3:14, 5:17,
21:22, 22:14, 26:9,
39:20
sidebar [1] - 34:15
sides [1] - 26:9
sign [2] - 33:21, 33:22
signed [6] - 27:21,
28:16, 29:17, 30:2,

33:14, 33:17
significant [1] - 30:19
simply [4] - 6:11,
25:25, 26:23, 39:25
sinker [1] - 21:18
sit [1] - 4:1
sits [1] - 21:13
sitting [2] - 3:23,
22:14
situations [1] - 40:6
skeptical [1] - 18:22
smoke [2] - 20:10,
24:3
so-and-so [1] - 38:5
soft [2] - 14:5, 14:7
sold [2] - 12:16, 15:20
solely [1] - 5:8
solved [1] - 13:11
someone [1] - 36:12
sometimes [1] - 32:14
soon [5] - 6:24, 30:24,
32:15, 33:21, 33:22
sorry [3] - 27:24, 28:2,
32:3
sort [2] - 31:20, 40:7
source [1] - 11:25
Southwest [1] - 27:11
Space [1] - 31:15
speaking [4] - 7:19,
7:21, 15:4, 16:4
Special [1] - 1:12
spend [1] - 39:17
sports [1] - 14:9
spouse [1] - 30:19
squeeze [1] - 37:25
stand [2] - 16:25,
26:16
standpoint [1] - 37:21
start [2] - 25:6, 34:12
starting [1] - 36:18
State [1] - 21:3
statement [4] - 3:12,
3:13, 17:23, 20:21
STATEMENTS [1] -
2:2
statements [4] - 3:13,
6:19, 18:12, 30:14
states [1] - 27:7
STATES [2] - 1:1, 1:3
States [4] - 1:12, 8:23,
42:6, 42:12
station [1] - 3:7
Staybridge [1] - 27:14
stenographically [1] -
42:9
stenographically-
reported [1] - 42:9
still [1] - 22:25
stipulate [4] - 27:22,

28:15, 29:15, 29:25
stipulated [3] - 27:8,
29:11, 29:22
stipulation [14] -
25:18, 26:8, 27:4,
27:6, 27:21, 27:23,
28:9, 28:13, 28:15,
29:9, 29:18, 29:19,
30:2
stipulations [7] - 25:7,
25:17, 25:23, 25:25,
26:5, 28:19, 30:4
stop [1] - 13:6
stopped [1] - 17:12
straight [1] - 19:21
Street [3] - 1:13, 1:16,
1:24
streets [1] - 15:22
stretch [1] - 4:18
stuffed [1] - 15:14
styled [1] - 33:12
submitted [1] - 33:11
subparts [1] - 35:24
substance [1] - 24:5
substantive [3] -
10:12, 10:13, 36:15
suggesting [1] - 6:9
Suite [1] - 1:19
Suites [1] - 27:15
supply [1] - 11:25
surveillance [1] - 17:3
Sweet [1] - 14:23
sweetener [1] - 14:24
system [2] - 14:18,
35:20

## T

tail [1] - 22:3
tank [1] - 22:1
tapes [1] - 22:20
Task [1] - 13:2
tea [1] - 14:25
temptation [2] - 30:18,
32:12
ten [3] - 4:11, 21:1,
21:11
tent [5] - 21:8, 21:11,
21:25, 24:3, 24:4
tents [1] - 21:8
term [1] - 17:17
terms [3] - 11:7,
16:19, 34:5
Terrell [17] - 1:18, 2:6,
9:7, 9:14, 11:13,
11:22, 12:18, 12:19,
12:24, 13:17, 15:20,
17:20, 22:8, 24:9,
24:19, 24:20, 24:21
TERRELL [1] - 1:5

testify [9] - 16:5,
16:11, 27:9, 27:18,
29:12, 29:13, 29:23
testifying [2] - 16:11,
34:8
testimonial [1] - 25:21
testimony [8] - 15:5,
16:23, 16:24, 25:5,
29:10, 29:20
text [11] - 12:25, 13:1,
13:5, 13:9, 13:20,
36:2, 36:15, 36:19,
36:22, 36:23, 36:24
texts [3] - 13:16,
24:11, 35:25
THE [57] - 1:1, 1:1,
1:10, 3:4, 6:22, 6:24,
8:2, 8:3, 8:8, 17:22,
17:25, 18:3, 20:20,
20:23, 24:25, 25:10,
25:13, 26:12, 26:14,
27:24, 28:4, 28:5,
28:6, 28:20, 29:2,
29:3, 29:4, 29:5,
30:5, 30:8, 32:22,
32:24, 33:1, 33:7,
33:20, 34:6, 34:23,
35:5, 35:14, 36:8,
36:19, 36:24, 37:2,
37:6, 37:8, 37:15,
37:19, 38:14, 38:22,
38:25, 39:7, 39:12,
39:23, 40:17, 40:20,
40:25, 41:2
themselves [2] - 6:3,
20:5
they've [1] - 35:20
thinks [1] - 39:21
third [1] - 10:20
Thompson [8] - 11:1,
12:11, 16:4, 16:11,
16:16, 17:7, 17:13
Thompson's [1] - 16:3
thousand [1] - 15:1
Three [5] - 9:20,
10:14, 10:16, 10:24,
23:6
three [3] - 10:18,
32:11, 35:15
throughout [2] - 5:10,
14:1
thumb [1] - 35:22
thumbs [1] - 29:7
Thursday [2] - 3:23,
3:24
TikTok [1] - 31:15
today [17] - 3:22, 4:4,
7:6, 8:25, 9:3, 25:5,
25:24, 25:25, 26:1,
30:6, 30:15, 30:16,

31:25, 32:18, 39:16, 39:17, 40:9
**together** [4] - 8:22, 20:13, 22:14, 38:4
**tomorrow** [1] - 39:17
**took** [2] - 3:1, 23:5
**towards** [2] - 19:18, 19:19
**Towson** [1] - 1:20
**trade** [1] - 14:17
**traffic** [1] - 31:6
**transcript** [11] - 36:1, 36:5, 36:12, 39:15, 39:17, 39:24, 40:2, 40:3, 42:9, 42:11
**transcripts** [7] - 35:25, 36:17, 36:19, 36:20, 36:21, 37:3, 40:11
**transporting** [1] - 16:10
**transposed** [1] - 40:7
**trial** [16] - 3:16, 3:21, 4:4, 4:8, 4:9, 4:20, 5:4, 5:10, 5:16, 5:19, 7:16, 14:1, 22:11, 31:19, 34:12, 37:25
**TRIAL** [1] - 1:9
**trials** [1] - 22:15
**true** [5] - 18:23, 19:7, 19:8, 25:21, 42:9
**trust** [1] - 20:17
**truth** [4] - 17:19, 17:21, 24:23
**try** [3] - 4:3, 23:21, 36:6
**trying** [4] - 19:7, 24:2, 36:1
**Tucson** [7] - 12:2, 12:3, 12:11, 16:6, 16:9, 17:4, 17:9
**Tuesday** [3] - 3:23, 3:24, 4:1
**TV** [2] - 13:10, 13:13
**Two** [5] - 9:17, 10:14, 10:16, 10:22, 23:6
**two** [17] - 3:22, 9:24, 10:1, 11:17, 11:21, 12:13, 20:3, 22:13, 22:15, 23:7, 24:8, 24:11, 28:1, 28:22, 32:11, 35:15, 36:1
**Tyler** [3] - 1:18, 35:11, 35:12
**type** [1] - 8:18

## U

**U.S** [3] - 1:22, 8:10, 15:6
**U.S.C** [1] - 42:8

**ultimately** [3] - 16:12, 31:17, 40:1
**unable** [1] - 28:1
**under** [4] - 7:18, 10:15, 37:20, 38:15
**underway** [1] - 30:13
**UNITED** [2] - 1:1, 1:3
**United** [4] - 1:12, 8:23, 42:6, 42:12
**unlawful** [3] - 10:1, 10:2, 11:18
**unless** [2] - 3:20, 7:10
**unverified** [1] - 39:19
**up** [23] - 3:11, 4:8, 4:13, 5:3, 5:4, 6:14, 15:18, 16:22, 21:5, 24:3, 26:13, 26:16, 26:21, 29:7, 31:6, 31:8, 32:21, 33:8, 34:7, 34:8, 35:20, 36:6
**upload** [1] - 40:16
**uploaded** [1] - 40:12
**USAFX** [1] - 40:12

## V

**vaccinated** [3] - 8:6, 18:2, 20:24
**various** [1] - 31:3
**Vass** [1] - 35:12
**verbally** [2] - 33:18, 33:20
**verdict** [5] - 17:17, 17:19, 19:13, 22:16
**verdicts** [1] - 19:15
**verifying** [1] - 39:18
**version** [1] - 39:25
**verum** [1] - 17:18
**Vick** [2] - 14:10, 14:13
**video** [2] - 17:3, 17:11
**view** [1] - 28:1
**violate** [1] - 10:11
**violated** [1] - 16:19
**voir** [1] - 3:1
**VOLUME** [1] - 1:5
**Volume** [1] - 3:1
**vs** [1] - 1:4

## W

**wait** [1] - 21:21
**waited** [2] - 8:13, 8:15
**waiting** [6] - 8:10, 8:14, 12:6, 18:8, 20:1
**walk** [5] - 7:14, 18:9, 20:7, 24:4, 33:23
**walked** [2] - 18:16, 22:4

**Walton** [26] - 1:18, 2:6, 9:1, 9:8, 9:14, 10:6, 11:22, 12:18, 12:19, 12:24, 13:18, 15:21, 17:20, 19:10, 19:11, 19:15, 19:19, 19:25, 22:8, 22:16, 23:9, 24:10, 24:19, 24:20, 24:22, 28:18
**WALTON** [1] - 1:5
**Walton's** [1] - 11:13
**wants** [1] - 33:18
**Warwick** [2] - 8:12, 15:10
**waste** [1] - 21:22
**watched** [1] - 8:13
**watching** [2] - 6:5, 8:14
**weather** [2] - 31:4, 31:5
**Wednesday** [12] - 3:22, 3:24, 25:6, 25:22, 26:3, 32:3, 32:4, 33:5, 34:20, 35:10, 37:16, 41:2
**week** [3] - 3:24, 31:5, 33:11
**weeks** [2] - 3:22, 20:14
**weigh** [1] - 14:22
**weighed** [1] - 14:4
**weights** [1] - 14:12
**Wells** [6] - 12:19, 12:24, 13:18, 15:21, 24:13
**whatsoever** [1] - 32:13
**whereby** [1] - 37:24
**whole** [2] - 21:17, 23:14
**Wildman** [2] - 29:11, 29:13
**willfully** [2] - 10:7, 10:9
**window** [1] - 34:8
**wiretap** [1] - 35:17
**wishes** [1] - 37:14
**witness** [15] - 4:14, 4:15, 16:25, 17:5, 17:7, 17:10, 17:13, 25:1, 34:5, 34:7, 37:22, 38:1, 38:8
**witnesses** [12] - 4:25, 6:5, 25:5, 25:6, 25:8, 35:8, 35:11, 37:24, 38:7, 38:11, 38:17, 38:18
**witnesses'** [1] - 22:20
**woman** [2] - 22:2, 24:5
**wondering** [2] - 34:24,

34:25
**word** [1] - 40:7
**words** [10] - 12:23, 12:25, 14:1, 14:3, 19:6, 22:20, 23:24, 24:3, 36:12
**worker** [3] - 21:7, 21:15, 24:1
**world** [2] - 13:10, 13:14
**worried** [1] - 39:18
**worry** [1] - 39:21
**worth** [1] - 8:20
**write** [3] - 6:11, 26:18, 26:23
**writing** [1] - 35:1
**Wyzga** [1] - 35:13

## Y

**year** [2] - 9:22, 20:2
**years** [3] - 20:3, 21:1, 21:11
**yelling** [1] - 21:9
**yourself** [1] - 4:23
**yourselves** [5] - 3:18, 4:22, 6:7, 30:18, 31:13

## Z

**zero** [1] - 38:6

## §

**§** [1] - 42:8